Walter-Michael Lee (WL 6353)
Gibney, Anthony & Flaherty, LLP
665 Fifth Avenue
New York, New York 10022
Telephone: (212) 688-5151
Facsimile: (212) 688-8315
E-mail: wmlee@gibney.com
Attorney for Plaintiff

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ JUN 0 9 2009 ★

BROOKLYN OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

U2 HOME ENTERTAINMENT, INC.,

Plaintiff,

v.

XINHUA BOOKSTORE U.S.A. CORP.,

Defendant.



**COMPLAINT**

DEARIE, CH. J.

GO, M.J.

Plaintiff U2 Home Entertainment, Inc. ("Plaintiff"), by its attorneys Gibney, Anthony & Flaherty, LLP, for its complaint against defendant Xinhua Bookstore U.S.A. Corp. states as follows:

## JURISDICTION AND VENUE

1.   This Court has jurisdiction over the federal copyright claims and federal trademark claims assert in this action under 28 U.S.C. §§ 1331 and 1338(a) and 15 U.S.C. § 1221.

2.   Defendant resides and does business in this District and has committed the acts complained of herein in this District.

1

3.      Defendant is subject to the jurisdiction of this Court pursuant to and in accordance with Rule 4 of the Federal Rules of Civil Procedure.

4.      Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b) and 1400(a).

## THE PARTIES

5.      Plaintiff is a corporation duly incorporated and operating under the laws of the State of California, that does business under the names Century Home Entertainment, New Image Audio & Video and Tai Sent Entertainment formerly Tai Seng Video Marketing.  Plaintiff is engaged in the business of, inter alia, licensing feature motion picture and television programming in the Chinese language (Cantonese and Mandarin) and other Asian languages produced in Asia and distributing copies to video outlets in the United States in the form of videocassettes, laser discs, video cassette discs ("VCDs") and digital versatile discs ("DVDs").

6.      Upon information and belief, Xinhua Bookstore U.S.A. Corp. is a New York corporation with its principle place of business at 37-19 Main Street, Flushing, NY 11354. From this location, defendant operates a retail store that distributes videocassettes and videodiscs that contain Asian language motion pictures and television series.  (Xinhua Bookstore U.S.A. Corp. is hereinafter referred to as "Defendant").

## FIRST CAUSE OF ACTION
### (Federal Copyright Infringement, 17 U.S.C. § 501)

7.      At all times material hereto, Plaintiff was and is the sole and exclusive licensee in the United States for the importation, reproduction and distribution of certain motion picture and television programs originally produced and released in various Asian countries.  Plaintiff imports or reproduces these works on videocassette, VCD and/or DVD for distribution in the home rental and sales market in the United States.  These motion pictures are produced and distributed by

2

various corporations and other entities in Asia ("Plaintiffs Licensors"). A non-exhaustive list of the copyrighted motion pictures at issue herein in which Plaintiff owns exclusive rights under Copyright and which are currently registered in the United States Copyright Office or for which there are applications for copyright registration pending or are protected under international copyright conventions is attached hereto as **Exhibit A** and is incorporated herein by reference. (These motion pictures may hereinafter be referred to as "Plaintiff's Motion Pictures".)

8.     Plaintiff or Plaintiff's Licensors has complied with all statutory formalities required by the Copyright Act, including renewals where required, to maintain the validity of the registered copyrights in Plaintiff's Motion Pictures.

9.     Upon information and belief, Defendant has from time to time within the past three years engaged in or authorized importation and/or duplication of copies of Plaintiff's Motion Pictures.

10.     Upon information and belief, Defendant has from time to time within the past three years unlawfully distributed, illegally imported and/or illegally reproduced copies of Plaintiff's Motion Pictures.

11.     Plaintiff has never authorized Defendant, by license or otherwise, to import, duplicate or distribute such illegally imported and/or duplicated copies.

12.     Defendant's acts, as hereinabove alleged are infringements of Plaintiff's exclusive rights under Copyright.

13.     Defendant has committed all the aforesaid acts of infringement deliberately and willfully.

14.     Defendant has continued to infringe said copyrights and unless permanently enjoined by order of this Court, will continue to infringe said copyrights, all to Plaintiff's

irreparable injury. Plaintiff is without an adequate remedy at law.

## SECOND CLAIM FOR RELIEF

### (Trademark Counterfeiting and Infringement, 15 U.S.C. § 1114)

15.   Plaintiff hereby incorporates by reference all prior allegations as though fully set forth herein.

16.   Plaintiff is the owner of United States Trademark Registration 2,894,529 TAI SENG ENTERTAINMENT with design which was registered on October 19, 2004, which trademark remains in full force and effect. (Hereinafter referred to as the TAI SENG Trademark"). Previously, plaintiff held the United States Trademark Registration 1,869,343, TAI SENG VIDEO MARKETING INC. which was registered on December 27, 1994.

17.   The TAI SENG Trademark and tradename appears on authorized copies of Plaintiff's Motion Pictures.

18.   Defendant has used spurious designations that are identical with, or substantially indistinguishable from, the TAI SENG Trademark on goods covered by the registration for the TAI SENG Trademark.

19.   Defendant has intentionally used these spurious designations, knowing they are counterfeit, in connection with the advertisement, promotion, sale, offering for sale and distribution of goods.

20.   Defendant's use of the TAI SENG Trademark to advertise, promote, offer for sale, distribute and sell goods bearing counterfeits was and is without the consent of Plaintiff.

21.   Defendant's unauthorized use of the TAI SENG Trademark on and in connection with their advertisement, promotion, sale, offering for sale and distribution of goods constitutes

Defendant's use of the TAI SENG Trademark in commerce.

22.   Defendant's unauthorized use of the TAI SENG Trademark as set forth above is likely to:

(a) cause confusion, mistake and deception;

(b) cause the public to believe that their goods are the same as Plaintiff's goods and/or that they are authorized, sponsored or approved by Plaintiff or that they are affiliated, connected or associated with or in some way related to Plaintiff; and

(c) results in Defendant unfairly benefiting from Plaintiff's advertising and promotion and profiting from the reputation of Plaintiff and its TAI SENG Trademarks all to the substantial and irreparable injury of the public, Plaintiff and the TAI SENG Trademark and the substantial goodwill represented thereby.

23.   Defendant's acts constitute willful trademark counterfeiting and infringement in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114 and unless permanently enjoined by order of this Court, will continue to infringe the TAI SENG Trademark.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as follows:

1.   That Defendant be enjoined permanently from:

(a) importing, duplicating, manufacturing and/or copying any of Plaintiff's Motion Pictures;

(b) renting, selling, lending, exchanging, trading or otherwise distributing any unauthorized videocassettes, laser discs, VCDs and DVDs or other unauthorized copy of Plaintiff's Motion Pictures; or which bears the trademark, tradename or logo of the plaintiff or Plaintiff's Licensors;

(c) offering to do any of the acts enjoined in subparagraphs (a) and (b) above;

(d) from in any manner infringing or contributing to or participating in the infringement by others of any of the copyrights or trademarks in Plaintiff's Motion Pictures, and from acting in concert with, aiding or abetting others to infringe any of said copyrights and trademarks in any way; and

(e) using the titles of the motion pictures in which Plaintiff owns exclusive rights under copyright, trademarks, tradenames or logos of Plaintiff, in connection with unauthorized videocassettes, laser discs, VCDs and DVDs in a manner which is likely to cause confusion as to their source or is otherwise likely to cause confusion, mistake or deception in connection with the distribution, advertising, promotion and sale of videocassettes, laser discs, VCDs and DVDs of motion pictures in which Plaintiff owns exclusive rights under copyright;

2.     That Defendant be required to deliver upon oath, to be impounded during the pendency of this action, all negatives, positive film prints, transcriptions, recordings, video masters or videocassettes, laser discs, VCDs, DVDs, computers, video copying equipment, and photocopy machines used for manufacture of unauthorized packaging held for delivery or under their control, under whatever name of the subject as may have been affixed thereto, as are herein alleged to infringe or to have been used to infringe any of the copyrights and trademarks aforesaid; and that an Order of Seizure in respect of the foregoing be issued out of this Court in the manner provided by the Copyright Act, the Lanham Act and the Federal Rules of Civil Procedure; and that at the conclusion of this action, the Court shall order all such material so held to be surrendered to plaintiff or to be destroyed under an Order issued under 17 U.S.C. § 503, whichever shall seem to this Court to be most just and proper;

3.     That, with respect to the First cause of Action, Defendant be required to pay to plaintiff statutory damages, if Plaintiff so elects, of up to $30,000 for each copyrighted work

infringed for all infringements with respect to that work. If the Court finds that any infringement was committed willfully, Plaintiff prays for statutory damages, if Plaintiff so elects, of up to $150,000 for each copyrighted work infringed for all willful infringements with respect to that work;

4.    That with respect to the Second Cause of Action, Defendant be required to pay Plaintiff: (a) statutory damages in the amount of up to $2,000,000 for each mark counterfeited as provided by 15 U.S.C. § 1117(c) of the Lanham Act, or, at Plaintiff's election, an amount representing three (3) times Plaintiff's damages and/or Defendant's illicit profits);

5.    That Plaintiff recovers its costs of suit including reasonable attorneys' fees incurred herein pursuant to 17 U.S.C. § 505 and/or 15 U.S.C. §1117(b) and pre-judgment interest pursuant to 15 U.S.C. § 1117(b); and

6.    That Plaintiff have such other and further relief as this Court deems just and proper.

Dated: _June 9_____, 2009

GIBNEY, ANTHONY & FLAHERTY LLP

By: _____
Walter-Michael Lee (WL 6353)
665 Fifth Avenue
New York, New York 10022
Telephone: (212) 688-5151
Facsimile: (212) 688-8315
E-mail: wmlee@gibney.com
Attorney for Plaintiff

7

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PA 1-621-150

**Effective date of registration:**

October 23, 2008

## Title

Title of Work: The Eagle Shooting Heroes (Episodes 1-50)

## Completion/ Publication

Year of Completion: 2008

Date of 1st Publication: July 15, 2008    Nation of 1st Publication: China

## Author

■    Author: Chinese Entertainment International Limited

Author Created: entire motion picture

Work made for hire: Yes

Citizen of: British Virgin Islands    Domiciled in: British Virgin Islands

## Copyright claimant

Copyright Claimant: Chinese Entertainment International Limited

Post Office Box 957, Offshore Incorporations Centre, Road Town, Tortola, British Virgin Islands

## Rights and Permissions

Organization Name: Century Home Entertainment, Inc.

Name: Mason M. Tse

Email: legal@taiseng.com    Telephone: 650871-811-8300

Address: 170 South Spruce Avenue, Suite 200

South San Francisco, CA 94080  United States

## Certification

Name: Mason M. Tse, Esq.

Date: October 17, 2008

Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 1-296-240

( PA )                    PAU
EFFECTIVE DATE OF REGISTRATION

Oct 3, 2005
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
The Herbalist's Manual – Episodes 1-20

**PREVIOUS OR ALTERNATIVE TITLES ▼**
本草藥王

**NATURE OF THIS WORK ▼ See instructions**
MOTION PICTURE WITH CHINESE SOUNDTRACK

**2**

**NAME OF AUTHOR ▼**
a TELEVISION BROADCASTS LIMITED 電視廣播有限公司

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ HONG KONG

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☑ No
Pseudonymous?    ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF MOTION PICTURE

**NAME OF AUTHOR ▼**
b TVBO PRODUCTION LIMITED

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶ _____
Domiciled in ▶ BERMUDA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☑ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF MOTION PICTURE

**NAME OF AUTHOR ▼**
c

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NOTE** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**3**

a **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ◀ Year in all cases.
2005

b **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ ____ Day ▶ ____ Year ▶ 2005
United States of America ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
TVBO PRODUCTION LIMITED
CANON'S COURT, 22 VICTORIA STREET,
HAMILTON HM12, BERMUDA.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
written agreement.

APPLICATION RECEIVED
OCT 0 3 2005
ONE DEPOSIT RECEIVED
OCT 0 3 2005
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE
Chinese subtitles

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page

DO NOT WRITE HERE

EXAMINED BY **DBC**

CHECKED BY

☐ CORRESPONDENCE
  ☐ Yes

**FORM PA**

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

See instructions
before completing
this space

b. **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                          **Account Number** ▼

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

TVB HOLDINGS (USA) INC.                                    PHILIP TAM, ESQ.
13411 BLACKBURN AVE.,
NORWALK, CA 90650

Be sure to
give your
daytime phone
number

Area Code & Telephone Number ▶  (562) 802-8868

**CERTIFICATION***  I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of  **TVBO PRODUCTION LIMITED**
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼  If this application gives a date of publication in space 3, do not sign and submit it before that date.

CHERRY T.N. YUEN ▼                                    date ▶  30 AUG 2005

✗ Handwritten signature (X) ▼

**MAIL
CERTIFI-
CATE TO**

Name ▼
10/F., MAIN BLOCK, TVB CITY, 77 CHUN CHOI ST.

Certificate
will be
mailed in
window
envelope

Number/Street/Apartment Number ▼
TSEUNG KWAN O IND'L ESTATE

City/State/ZIP ▼
KOWLOON, HONG KONG

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

* 17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1–296–177**

( PA )                    PAU

EFFECTIVE DATE OF REGISTRATION

**Oct 3, 2005**
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

The Herbalist's Manual – Episodes 21-25

PREVIOUS OR ALTERNATIVE TITLES ▼

本 草 藥 王

NATURE OF THIS WORK ▼ See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK

---

**2**

**a** NAME OF AUTHOR ▼

TELEVISION BROADCASTS LIMITED 電視廣播有限公司

DATES OF BIRTH AND DEATH ▼
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
on { ☐ Citizen of ▶
     ☐ Domiciled in ▶ HONG KONG

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes  ☒ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF MOTION PICTURE

**b** NAME OF AUTHOR ▼

TVBO PRODUCTION LIMITED

DATES OF BIRTH AND DEATH ▼
Year Born ▼    Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
on { ☐ Citizen of ▶
     ☐ Domiciled in ▶ BERMUDA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes  ☒ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF MOTION PICTURE

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH ▼
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
on { ☐ Citizen of ▶
     ☐ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
2005 ◄ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ 07  Day ▶    Year ▶ 2005
United States of America ◄ Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

TVBO PRODUCTION LIMITED
CANON'S COURT, 22 VICTORIA STREET,
HAMILTON HM12, BERMUDA.

APR 0 3 2005

ONE DEPOSIT RECEIVED
OCT 0 3 2005
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Certain broadcast rights and the right except Hong Kong by written agreement.

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
DO NOT WRITE HERE

EXAMINED BY   DBC   FORM PA

CHECKED BY

☐ CORRESPONDENCE
    Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼     Account Number ▼

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

TVB HOLDINGS (USA) INC.       PHILIP TAM, ESQ

15411 BLACKBURN AVE.,

NORWALK, CA 90650

Be sure to
give your
daytime phone
◄ number

Area Code & Telephone Number ►   (562) 802-8861

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of   TVBO PRODUCTION LIMITED

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

CHERRY T.N. YUEN      date ►   3 0 AUG 2005

Handwritten signature (X) ▼

**MAIL
CERTIFI-
CATE TO**

Name ▼

10/F., MAIN BLOCK, TVB CITY, 77 CHUN CHOI ST.

Number/Street/Apartment Number ▼

TSEUNG KWAN O IND'L ESTATE

City/State/ZIP ▼

KOWLOON, HONG KONG

Certificate
will be
mailed in
window
envelope

• Complete all necessary spaces
• Sign your application in space 8

1. Application Form
2. Nonrefundable $20 filing fee
    in check or money order
    payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

\* 17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1-313-620**

EFFECTIVE DATE OF REGISTRATION

Nov 14, 2005
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼

Revolving Doors Of Vengeance – Episodes 1-20

PREVIOUS OR ALTERNATIVE TITLES ▼

酒店風雲

NATURE OF THIS WORK ▼ See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK

**2**

**a** NAME OF AUTHOR ▼

TELEVISION BROADCASTS LIMITED 電視廣播有限公司

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ HONG KONG

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF MOTION PICTURE

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

TVBO PRODUCTION LIMITED

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ BERMUDA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF MOTION PICTURE

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
2005 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ 08 Day ▶ 15 Year ▶ 2005
United States of America ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

TVBO PRODUCTION LIMITED
CANON'S COURT, 22 VICTORIA STREET,
HAMILTON HM12, BERMUDA.

APPLICATION RECEIVED
NOV 14 2005
ONE DEPOSIT RECEIVED
NOV 14 2005 (16) ½"VHD
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE
Chinese subtitles

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼
Claimant obtained all world-wide right except Hong Kong by written agreement.

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. DO NOT WRITE HERE

EXAMINED BY  Dow(G)                                    FORM PA

CHECKED BY

☐ CORRESPONDENCE                                       FOR
   Yes                                                 COPYRIGHT
                                                        OFFICE
                                                        USE
                                                        ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼          **5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material   Identify any preexisting work or works that this work is based on or incorporates. ▼

                                                                                                           **6**
                                                                                                      See instructions
                                                                                                      before completing
b. Material Added to This Work   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼     this space


**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                              Account Number ▼                                       **7**


**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼
TVB HOLDINGS (USA) INC.
13411 BLACKBURN AVE.,                                PHILIP TAM, ESQ
NORWALK, CA 90650
                                                                                                      Be sure to
                                                                                                      give your
            Area Code & Telephone Number ▶  (562) 802-8868                                            daytime phone
                                                                                                      ◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive rights                                                                                **8**
☐ authorized agent of   TVBO PRODUCTION LIMITED
                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
   CHERRY T.N. YUEN                                     date ▶  2 1 OCT 2005

         Handwritten signature (X) ▼
         [signature]

MAIL        Name ▼
CERTIFI-    10/F., MAIN BLOCK, TVB CITY, 77 CHUN CHOI ST.        • Complete all necessary spaces
CATE TO     Number/Street/Apt ▼                                 • Sign your application in space 8
            TSEUNG KWAN O IND'L ESTATE                          1. Application form             **9**
Certificate                                                     2. Nonrefundable $20 filing fee
will be     City/State/Zip ▼                                       in check or money order
mailed in   KOWLOON, HONG KONG                                     payable to Register of Copyrights
window                                                          3. Deposit material
envelope                                                        Register of Copyrights
                                                                Library of Congress
                                                                Washington, D.C. 20559

*17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1-313-621**

EFFECTIVE DATE OF REGISTRATION

**NOV 14, 2005**
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼

Revolving Doors Of Vengeance – Episodes 21-30

PREVIOUS OR ALTERNATIVE TITLES ▼

酒店風雲

NATURE OF THIS WORK ▼ See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK

---

**2**

NAME OF AUTHOR ▼

a TELEVISION BROADCASTS LIMITED 電視廣播有限公司

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ HONG KONG

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF MOTION PICTURE

NAME OF AUTHOR ▼

b TVBO PRODUCTION LIMITED

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ BERMUDA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF MOTION PICTURE

NAME OF AUTHOR ▼

c

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

---

**3**

a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
**2005** ◀ Year

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month ▶ **09** Day ▶ **13** Year ▶ **2005**
**United States of America** ◀ Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

TVBO PRODUCTION LIMITED
CANON'S COURT, 22 VICTORIA STREET,
HAMILTON HM12, BERMUDA.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Claimant obtained all world-wide right except Hong Kong by written agreement.

APPLICATION RECEIVED
NOV 14 2005
ONE DEPOSIT RECEIVED
(3) ½ "UT 0
TWO DEPOSITS RECEIVED
NOV 14 2005
REMITTANCE NUMBER AND DATE
Chinese Subtitles

See instructions before completing this space.

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.          DO NOT WRITE HERE

EXAMINED BY   Dau / GJ                          FORM PA

CHECKED BY

☐ CORRESPONDENCE                               FOR
  Yes                                          COPYRIGHT
                                               OFFICE
                                               USE
                                               ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?   **5**
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.   **6**
a.  **Preexisting Material**   Identify any preexisting work or works that this work is based on or incorporates. ▼

                                                                        See instructions
                                                                        before completing
                                                                        this space
b.  **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.   **7**
**Name** ▼                                           **Account Number** ▼

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
TVB HOLDINGS (USA) INC.
13411 BLACKBURN AVE.,                              PHILIP TAM, ESQ
NORWALK, CA 90650

                                                                        Be sure to
                                                                        give your
                                                                        daytime phone
            Area Code & Telephone Number ▶  (562) 802-8861              ◄ number

**CERTIFICATION**   I, the undersigned, hereby certify that I am the   **8**
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of  **TVBO PRODUCTION LIMITED**
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
       CHERRY T.N. YUEN                                          date ▶  2 1 OCT 2005

     ✎   Handwritten signature (X) ▼

**MAIL**                                                                **9**
**CERTI-**    **Name** ▼                                   • Complete all necessary spaces
**CATE TO**   10/F., MAIN BLOCK, TVB CITY, 77 CHUN CHOI ST.  • Sign your application in space 8

              **Number/Street/Apt ▼**                       1. Application form
**Certificate**  TSEUNG KWAN O IND'L ESTATE                  2. Nonrefundable $30 filing fee
**will be**                                                     in check or money order
**mailed in**  **City/State/ZIP ▼**                            payable to Register of Copyrights
**window**     KOWLOON, HONG KONG                           3. Deposit material
**envelope**
                                                            Register of Copyrights
                                                            Library of Congress
                                                            Washington, D.C. 20559

*17 USC § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PA 1-590-551

**Effective date of registration:**

September 24, 2007

---

## Title

**Title of Work:** Mr. Cinema

**Nature of Work:** Motion Picture

## Completion/ Publication

**Year of Completion:** 2007

**Date of 1st Publication:** June 14, 2007      **Nation of 1st Publication:** Hong Kong

## Author

■ **Author:** Sil-Metropole Organization Ltd.

**Work made for hire:** Yes

**Citizen of:** Hong Kong

## Copyright claimant

**Copyright Claimant:** Sil-Metropole Organization Ltd.

c/o Century Home Entertainment, 180 South Spruce Avenue, Suite 250, South San Francisco, CA 94080

## Certification

**Name:** Lynda Hung, Esq.

**Date:** September 17, 2007

---

IPN#:

Registration #:   PA0001590551

Service Request #:   1-17538419

CENTURY HOME ENTERTAINMENT
180 South Spruce Avenue
Suite 250
South San Francisco, CA 94080



20-AUG-1999  09:20   FROM  TVBI CO LTD                    TO   00916508712887              P.15

# CERTIFICATE OF REGISTRATION

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 881-969**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL.

PAU

EFFECTIVE DATE OF REGISTRATION

APR 0 8 1999

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**

The Flying Fox Of The Snowy Mountain 1999 – Episodes 1-20

**PREVIOUS OR ALTERNATIVE TITLES ▼**

雪 山 飛 狐

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK

**NAME OF AUTHOR ▼**

TELEVISION BROADCASTS LIMITED 電視廣播有限公司

**DATES OF BIRTH AND DEATH**
Year Born ▼  Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes  ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
Citizen of ▶
Domiciled in ▶ HONG KONG

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
CO-AUTHOR OF MOTION PICTURE

**NAME OF AUTHOR ▼**

TVB (OVERSEAS) LIMITED

**DATES OF BIRTH AND DEATH**
Year Born ▼  Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes  ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
Citizen of ▶
Domiciled in ▶ BERMUDA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
CO-AUTHOR OF MOTION PICTURE

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼  Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes  ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1999 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ 01 Day ▶ 18 Year ▶ 99
U.S.A ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

TVB (OVERSEAS) LIMITED
BANK OF BERMUDA BUILDING,
6 FRONT STREET, HAMILTON HM11, BERMUDA.

APPLICATION RECEIVED
APR 08 1996
ONE DEPOSIT RECEIVED
APR 08 1996 (10)
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼
Claimant obtained all world-wide right except Hong Kong by written agreement.

MORE ON BACK ▶

20-AUG-1999  09:21   FROM  TUBI CO LTD                    TO  0231650871 2007              P.16

CHECKED BY

□ CORRESPONDENCE
  □ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

SPECIAL .......  G.... ..... ..nder
202.20(d) o: the C.O. Reguiations

## DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

. □ Yes   ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

. □ This is the first published edition of a work previously registered in unpublished form.

. □ This is the first application submitted by this author as copyright claimant.

. □ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

DERIVATIVE WORK OR COMPILATION   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

. **Preexisting Material**   Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions
before completing
this space

. **Material Added to This Work**   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

DEPOSIT ACCOUNT   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                                           **Account Number** ▼

CORRESPONDENCE   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

TVB HOLDINGS (USA) INC.                              PHILIP TAM, ESQ.
15411 BLACKBURN AVE.
NORWALK, CA 90650

Be sure to
give your
daytime phone
number

Area Code & Telephone Number ▶   (562) 802-8868

CERTIFICATION*   I, the undersigned, hereby certify that I am the

□ author
□ other copyright claimant
□ owner of exclusive right(s)
□ authorized agent of   TVB (OVERSEAS) LIMITED
                         Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

WILSON H.S. WONG                                date ▶   2 2 MAR 1999

⟶ **Handwritten signature (X)** ▼

MAIL
CERTIFI-
CATE TO

Name ▼
7/F., SHAW HOUSE, TV CITY

Number/Street/Apartment Number ▼
CLEAR WATER BAY ROAD

City/State/Zip ▼
KOWLOON, HONG KONG

Certificate
will be
mailed in
window
envelope



YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

▲ January 1992 — 50,000                                                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1992-312-432/40,012

20-AUG-1999  09:25  FROM  TUB1 CO LTD          TO  80316508712807          P.01

# CERTIFICATE OF REGISTRATION



UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 881-968**

PA                    PAU

EFFECTIVE DATE OF REGISTRATION

**APR 0 8 1999**

Month          Day          Year

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

*The Flying Fox Of The Snowy Mountain 1999 – Episodes 21-40*

PREVIOUS OR ALTERNATIVE TITLES ▼

雪 山 飛 狐

NATURE OF THIS WORK ▼ See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK

---

**2**

NAME OF AUTHOR ▼

a  TELEVISION BROADCASTS LIMITED 電視廣播有限公司

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶
     Domiciled in ▶ HONG KONG

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF MOTION PICTURE

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NAME OF AUTHOR ▼

b  TVB (OVERSEAS) LIMITED

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶
     Domiciled in ▶ BERMUDA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF MOTION PICTURE

NAME OF AUTHOR ▼

c

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
1999  ◄ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information  Month ▶ 02  Day ▶ 15  Year ▶ 99
ONLY if this work has been published.
Nation U.S.A  ◄ Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

TVB (OVERSEAS) LIMITED
BANK OF BERMUDA BUILDING,
6 FRONT STREET, HAMILTON HM11, BERMUDA.

See instructions before completing this space.

APPLICATION RECEIVED
APR 08 1999
ONE DEPOSIT RECEIVED
APR 08 1999
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼
Claimant obtained all world-wide right except Hong Kong by
written agreement.

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.  • See detailed instructions.  • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ____ pages

20-AUG-1999  09:26  FROM  TVBI CO LTD          TO  00916508712887          P.02

CHECKED BY

| | CORRESPONDENCE | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| ☐ | Yes | |

SPECIAL RELIEF GRANTED under
202.20(d) of the C.O. Regulations

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

DERIVATIVE WORK OR COMPILATION   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material   Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions before completing this space

b. Material Added to This Work   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

DEPOSIT ACCOUNT   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼          Account Number ▼

CORRESPONDENCE   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

TVB HOLDINGS (USA) INC.                    PHILIP TAM, ESQ
15411 BLACKBURN AVE.,
NORWALK, CA 90650

Be sure to give your daytime phone number

Area Code & Telephone Number ▶  (562) 802-8868

CERTIFICATION*   I, the undersigned, hereby certify that I am the
check only one ▼

☐ author
☐ other copyright claimant
☐ owner of exclusive rights
☐ authorized agent of...  TVB (OVERSEAS) LIMITED
          Name of author or other copyright claimant, or owner of exclusive rights ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

WILSON H.S. WONG                              date ▶  2 2 MAR 1999

Handwritten signature (X) ▼

| MAIL CERTIFICATE TO | Name ▼ | |
|---|---|---|
| | 7/F., SHAW HOUSE, TV CITY | |
| Certificate will be mailed in window envelope | Number/Street/Apartment Number ▼ | |
| | CLEAR WATER BAY ROAD | |
| | KOWLOON, HONG KONG | |

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

▲ January 1992—50,000                          ☆U.S. GOVERNMENT PRINTING OFFICE: 1992-312-432/40,012

# FORM PA
UNITED STATES COPYRIGHT OFFICE



REGISTRATION NUMBER

|  | PA | PAU |

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**

The Gem Of Life – Episodes 1 – 20

**PREVIOUS OR ALTERNATIVE TITLES ▼**

珠光寶氣

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK & SUBTITLES

---

**NAME OF AUTHOR ▼**

TELEVISION BROADCASTS LIMITED 電視廣播有限公司

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ HONG KONG

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF MOTION PICTURE

**NAME OF AUTHOR ▼**

TVBO PRODUCTION LIMITED

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶ _____
Domiciled in ▶ BERMUDA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF MOTION PICTURE

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2008 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ 10   Day ▶ 20   Year ▶ 2008
Hong Kong SAR. ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

TVBO PRODUCTION LIMITED
CANON'S COURT, 22 VICTORIA STREET,
HAMILTON HM12, BERMUDA.

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Claimant obtained all world-wide right except Hong Kong by written agreement.

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

FORM PA

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
  Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

PREVIOUS REGISTRATION  Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**6**

DERIVATIVE WORK OR COMPILATION   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material   Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions
before completing
this space.

Material Added to This Work   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7**

DEPOSIT ACCOUNT   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                            Account Number ▼

CORRESPONDENCE   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼
TVB HOLDINGS (USA) INC.
15411 BLACKBURN AVE.                   PHILIP TAM, ESQ
NORWALK, CA 90650

Area Code & Telephone Number ▶  (562) 802-8868

Be sure to
give your
daytime phone
◀ number.

**8**

CERTIFICATION*   I, the undersigned, hereby certify that I am the
check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of   TVBO PRODUCTION LIMITED
                         Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
KAREN P. Y. WAN                                          date ▶ 25 MAR 2009

✗ Handwritten signature (X) ▼

**9**

CERTIFI-
CATE
TO

Name ▼
10/F., MAIN BLOCK, TVB CITY, 77 CHUN CHOI ST.
Number/Street/Apartment Number ▼
TSEUNG KWAN O IND'L ESTATE
City/State/ZIP ▼
KOWLOON, HONG KONG

Mail
certificate
to this
address:

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1992—50,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1992-312-432/40,012



# FORM PA

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

PA _____ PAU _____

EFFECTIVE DATE OF REGISTRATION

_____

Month        Day        Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**

The Gem Of Life – Episodes 21 - 40

**PREVIOUS OR ALTERNATIVE TITLES ▼**

珠 光 寶 氣

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK & SUBTITLES

---

**2**

**NAME OF AUTHOR ▼**

TELEVISION BROADCASTS LIMITED 電視廣播有限公司

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
- [X] Yes
- [ ] No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ HONG KONG

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        [ ] Yes [X] No
Pseudonymous?     [ ] Yes [X] No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF MOTION PICTURE

**NAME OF AUTHOR ▼**

TVBO PRODUCTION LIMITED

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
- [X] Yes
- [ ] No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶ _____
Domiciled in ▶ BERMUDA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        [ ] Yes [X] No
Pseudonymous?     [ ] Yes [X] No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF MOTION PICTURE

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
- [ ] Yes
- [ ] No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        [ ] Yes [ ] No
Pseudonymous?     [ ] Yes [ ] No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2008 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ 11 Day ▶ 17 Year ▶ 2008
Hong Kong SAR ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

TVBO PRODUCTION LIMITED
CANON'S COURT, 22 VICTORIA STREET,
HAMILTON HM12, BERMUDA.

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Claimant obtained all world-wide right except Hong Kong by written agreement.

---

**MORE ON BACK ▶**
- Complete all applicable spaces (numbers 5-9) on the reverse side of this page
- See detailed instructions
- Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

FORM PA

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions
before completing
this space.

**6**

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                              Account Number ▼

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

TVB HOLDINGS (USA) INC.
15411 BLACKBURN AVE.                    PHILIP TAM, ESQ
NORWALK, CA 90650

Area Code & Telephone Number ▶  (562) 802-8868

Be sure to
give your
daytime phone
◀ number.

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of ___ TVBO PRODUCTION LIMITED
         Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

KAREN P. Y. WAN

date ▶  25 MAR 2009

Handwritten signature (X) ▼

**MAIL
CERTIFI-
CATE TO**

Name ▼
10/F., MAIN BLOCK, TVB CITY, 77 CHUN CHOI ST.

Number/Street/Apartment Number ▼
TSEUNG KWAN O IND'L ESTATE

City/State/ZIP ▼
KOWLOON, HONG KONG

Certificate
will be
mailed in
window
envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

January 1992—50,000

✩U.S. GOVERNMENT PRINTING OFFICE: 1992-312-432/40,012

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER



PA          PAU

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|-------|-----|------|

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**

The Gem Of Life – Episodes 41 - 60

**PREVIOUS OR ALTERNATIVE TITLES ▼**

珠光寶氣

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK & SUBTITLES

**NAME OF AUTHOR ▼**

a TELEVISION BROADCASTS LIMITED 電視廣播有限公司

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
       Domiciled in ▶ HONG KONG

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?        ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF MOTION PICTURE

**NAME OF AUTHOR ▼**

b TVBO PRODUCTION LIMITED

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
       Domiciled in ▶ BERMUDA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?        ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF MOTION PICTURE

**NAME OF AUTHOR ▼**

c

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
       Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?        ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

a **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2008 ◀ Year

b **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ 12 Day ▶ 17 Year ▶ 2008
Hong Kong SAR ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

TVBO PRODUCTION LIMITED
CANON'S COURT, 22 VICTORIA STREET,
HAMILTON HM12, BERMUDA.

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼
Claimant obtained all world-wide right except Hong Kong by written agreement.

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                              • See detailed instructions.          • Sign the form at line 8.

DO NOT WRITE HERE

FORM PA

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

Material Added to This Work   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

See instructions
before completing
this space.

**6**

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                          Account Number ▼

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

TVB HOLDINGS (USA) INC.
15411 BLACKBURN AVE.                        PHILIP TAM, ESQ
NORWALK, CA 90650

Area Code & Telephone Number ▶   **(562) 802-8868**

Be sure to
give your
daytime phone
◀ number.

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   TVBO PRODUCTION LIMITED
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

KAREN P. Y. WAN                                         date ▶  25 MAR 2009

Handwritten signature (X) ▼

**MAIL
CERTIFI-
CATE TO**

Name ▼
10/F., MAIN BLOCK, TVB CITY, 77 CHUN CHOI ST.
Number/Street/Apartment Number ▼
TSEUNG KWAN O IND'L ESTATE
City/State/ZIP ▼
KOWLOON, HONG KONG

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

January 1992—50,000                                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1992-312-432/40,012

# FORM PA
## UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

| PA | PAU |

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**

The Gem Of Life – Episodes 61 - 80

**PREVIOUS OR ALTERNATIVE TITLES ▼**

珠光寶氣

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK & SUBTITLES

---

**NAME OF AUTHOR ▼**

TELEVISION BROADCASTS LIMITED 電視廣播有限公司

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ HONG KONG

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes." see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF MOTION PICTURE

**NAME OF AUTHOR ▼**

TVBO PRODUCTION LIMITED

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ BERMUDA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☒ No
Pseudonymous? ☒ Yes ☐ No
If the answer to either of these questions is "Yes." see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF MOTION PICTURE

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes." see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2008 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ 01 Day ▶ 14 Year ▶ 2009
Hong Kong SAR ◀ Nation

---

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

TVBO PRODUCTION LIMITED
CANON'S COURT, 22 VICTORIA STREET,
HAMILTON HM12, BERMUDA.

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼
Claimant obtained all world-wide right except Hong Kong by written agreement.

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ____ pages

FORM PA

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼                    Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a.  **Preexisting Material**   Identify any preexisting work or works that this work is based on or incorporates. ▼

b.  **Material Added to This Work**   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                         Account Number ▼

**7**

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

TVB HOLDINGS (USA) INC.
15411 BLACKBURN AVE.
NORWALK, CA 90650

PHILIP TAM, ESQ

Area Code & Telephone Number ▶   (562) 802-8868

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION\***   I, the undersigned, hereby certify that I am the

check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of    TVBO PRODUCTION LIMITED
                          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

KAREN P. Y. WAN                                   date ▶  25 MAR 2009

✎ Handwritten signature (X) ▼

**9**

MAIL
CERTIFI-
CATE TO

Name ▼
10/F., MAIN BLOCK, TVB CITY, 77 CHUN CHOI ST.

Number/Street/Apartment Number ▼
TSEUNG KWAN O IND'L ESTATE

City/State/ZIP ▼
KOWLOON, HONG KONG

Certificate
will be
mailed in
window
envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**

1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

January 1992—50,000                                                      ☆U.S. GOVERNMENT PRINTING OFFICE: 1992-312-432/40,012

**FORM PA**

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

PA                    PAU

EFFECTIVE DATE OF REGISTRATION

_____

Month        Day        Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**

The Gem Of Life – Episodes 81 - 82

**PREVIOUS OR ALTERNATIVE TITLES ▼**

珠 光 寶 氣

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE WITH CHINESE SOUNDTRACK & SUBTITLES

**2**

**a**

**NAME OF AUTHOR ▼**

TELEVISION BROADCASTS LIMITED  電視廣播有限公司

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ HONG KONG

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF MOTION PICTURE

**b**

**NAME OF AUTHOR ▼**

TVBO PRODUCTION LIMITED

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ BERMUDA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF MOTION PICTURE

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

**a**
**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2009     ◀ Year

**b**
**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ 02    Day ▶ 12    Year ▶ 2009
Hong Kong SAR                    ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

TVBO PRODUCTION LIMITED
CANON'S COURT, 22 VICTORIA STREET,
HAMILTON HM12, BERMUDA.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼
Claimant obtained all world-wide right except Hong Kong by written agreement.

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.          • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of __ pages

FORM PA

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼                    Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material   Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                        Account Number ▼

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼
TVB HOLDINGS (USA) INC.
15411 BLACKBURN AVE,                         PHILIP TAM, ESQ
NORWALK, CA 90650

Area Code & Telephone Number ▶  (562) 802-8868

Be sure to
give your
daytime phone
◀ number.

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the
check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of ___TVBO PRODUCTION LIMITED_____
                Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
KAREN P. Y. WAN                                           date ▶ 2 5 MAR 2009

      Handwritten signature (X) ▼

**8**

**9**

Name ▼
10/F., MAIN BLOCK, TVB CITY, 77 CHUN CHOI ST.
Number/Street/Apartment Number ▼
TSEUNG KWAN O IND'L ESTATE
City/State/ZIP ▼
KOWLOON, HONG KONG

MAIL
CERTIFI-
CATE TO

Certificate
will be
mailed in
window
envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

January 1992—50,000                                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1992-312-432/40,012

## Claim Detail

<< Back 

**Claim Id:** 1-358K1L

**Case #:** 1-190195831

**Title:** All's Well End's Well 2009

## All Titles

1 - 1 of 1

| Title of Work ⇕ | Type ⇕ |
|---|---|
| All's Well End's Well 2009 | Title of work being registered |

## Publication/Completion

1 - 1 of 1

| Published Work ⇕ | Year Created ⇕ | Publication Date ⇕ | Nation of First Publication ⇕ | ISN Type ⇕ | IS Number ⇕ |
|---|---|---|---|---|---|
| Yes | 2009 | 1/23/2009 | Hong Kong | | |

## Authors & Contributions (MP)

1 - 1 of 1

| Name | Organization Name ⇕ | Doing business as ⇕ | Work For Hire ⇕ | Anonymous ⇕ | Created Other ⇕ |
|---|---|---|---|---|---|
| | Mandarin Films Distribution Co., Ltd. | | Yes | N | |

## Claimants

1 - 2 of 2

| Name | Organization Name ⇕ | Transfer Statement ⇕ | Transfer Stmt Other ⇕ | Address ⇕ |
|---|---|---|---|---|
| | Mandarin Films Distribution Co., Ltd. | | | Room 1801-2 Westlands Centre,, 20 Westlands Road, Quarry Bay, Hong Kong |
| | Century Home Entertainment, Inc. | By written agreement | | 170 South Spruce Avenue, Suite 200, South San Francisco, CA, 94080, United States |

## Claim Limitations review (MP)

**Material Excluded**
Music
Footage
Photograph
Script/Screenplay
Other

**New Material Included**
Editing
Footage (New)
Narration (New)
Revisions/Additions to Script
Production as Motion Picture
All other Cinematographic material
Other

**Previous Registration**
1st Prev. Reg. #
Year
2nd Prev. Reg. #
Year

## Rights & Permissions

**First Name:** Mason
**Middle Name:** M.
**Last Name:** Tse
**Email:** legal@taiseng.com
**Phone:** (650) 871-8118 x300
**Alternate Phone:**

**Organization Name:** Century Home Entertainment, Inc.
**Address 1:** 170 South Spruce Avenue, Suite 200
**Address 2:**
**City:** South San Francisco
**State:** CA
**Postal Code:** 94080

Case 1:09-cv-02428-RJD-MDG    Document 1    Filed 06/09/09    Page 35 of 73

Country:   United States

## Correspondent

| | | | |
|---|---|---|---|
| First Name: | Mason | Organization Name: | Century Home Entertainment, Inc. |
| Middle Name: | M. | Address 1: | 170 South Spruce Avenue, Suite 200 |
| Last Name: | Tse | Address 2: | |
| Email: | legal@taiseng.com | City: | South San Francisco |
| Phone: | (650) 871-8118 x300 | State: | CA |
| Alternate Phone: | | Postal Code: | 94080 |
| Fax: | (650) 871-2877 | Country: | United States |

## Mail Certificate

| | | | |
|---|---|---|---|
| First Name: | Mason | Organization Name: | Century Home Entertainment, Inc. |
| Middle Name: | M. | Address 1: | 170 South Spruce Avenue, Suite 200 |
| Last Name: | Tse | Address 2: | |
| | | City: | South San Francisco |
| | | State: | CA |
| | | Postal Code: | 94080 |
| | | Country: | United States |

## Certification

| | |
|---|---|
| Name: | Mason M. Tse, Esq. |
| Certified: | ✔ |
| Special Handling: | |
| Applicant's Internal Tracking Number: | |
| Note to Copyright Office: | |
| Upload Electronically | |
| Send By Mail | ✔ |

TAI SENG MOVIES COPYRIGHTS

| TITLE | Reg Date | Reg No |
|---|---|---|
| 1/2 Cigar | 9/19/2000 | PAu2506698 |
| 12th Hong Kong Film Awards, The | 5/13/1993 | PA 617-115 |
| 13 Cold Blooded Eagles, The (EV/SUB) | 7/29/1993 | PAu1760770 |
| 2 Young | 9/23/2005 | PA 1-293-912 |
| 3-D Army, The | 1/25/1993 | PA 598-788 |
| 45 Days Lover | 7/1/2003 | PA 1-147-880 |
| 49 Days | 7/16/2007 | PA 1-592-890 |
| 49 Days (Eng DVD) | 7/16/2007 | PA 1-592-890 |
| 9th September | 6/29/2000 | PA 990-013 |
| A.F.R.I.K.A. | 2/14/2005 | PA 1-273-890 |
| Accusation Of The Wall | 4/9/2001 | PAu2566050 |
| Addicted | 3/11/2005 | PA 1-273-933 |
| Adventures Of Wei Xiao Bao, The | 1/25/2005 | PAu2-970-250 |
| After The Midnight | 12/7/1992 | PA 598-777 |
| All About Women | 5/5/2009 | Pending |
| All About Women (CV/MV Version) | 5/5/2009 | Pending |
| All's Well End's Well 2009 | 5/5/2009 | Pending |
| Alpine | 9/14/2001 | PA1054474 |
| Always On My Mind | 3/7/1994 | PA 686-363 |
| Amazing Stories | 6/7/1994 | PA 715-711 |
| Brothers) | 10/2/1995 | PA 777-165 |
| Amour | 2/10/1993 | PA 600-469 |
| An Eye for an Eye | 3/30/2001 | PA1033634 |
| Angel Terminators | 12/21/1992 | PA 645-730 |
| Angel The Kick Boxer | 5/13/1993 | PA 617-230 |
| Angel's Mission | 5/8/1997 | PA 866-784 |
| Anna In Kungfu-land | 6/8/2004 | PA 1-230-200 |
| Assailant, The | 9/28/2002 | PA 1-106-165 |
| Assassin Swordsman | 10/12/2000 | PA-1-013-283 |
| Astonishing | 10/14/2004 | PA 1-243-584 |
| Attractive One, The | 11/15/2004 | PA 1-255-321 |
| Bad Man Come Back | 3/26/2004 | PAu2-800-734 |
| Bakery Amour | 7/26/2001 | PA1044289 |
| Bare-Footed Kid, The | 9/2/1993 | PA 662-539 |

TAI SENG MOVIES COPYRIGHTS

| | | |
|---|---|---|
| Baroness | 6/14/2000 | PA 991-545 |
| Barricade | 6/21/2000 | PA 990-006 |
| Baseball Boys | 10/14/2004 | PA 1-243-582 |
| Basic Love | | Pending |
| Bathroom Crisis | 1/3/2002 | PA 1-070-260 |
| Be Out Of Control | 8/25/2003 | PAu2-779-295 |
| Beach Girl | 4/12/2000 | PA 988-063 |
| Beast Stalker 9The 2DVD Set) | | Pending |
| Beauty And The Breast | 5/30/2002 | PA 1-099-246 |
| Beauty And The 7 Beasts | 10/23/2008 | PA 1-619-533 |
| Bedroom Secret | 4/19/2002 | PA 1-079-798 |
| Beheaded 1000, The | 1/30/1995 | PA 703-538 |
| Believer Of Frighten | 1/28/2003 | PAu2-720-982 |
| Best Of The Best | 12/3/1992 | PA 597-011 |
| Beware of the Striptease | 3/30/2001 | PA1033637 |
| Big Boss Untouchable | 9/5/2003 | PAu2-779-312 |
| Big Circle Blues | 9/7/1993 | PA 625-577 |
| Big Friday, The | 2/26/2001 | PAu2544217 |
| Big Spender | 9/12/2000 | PA1-003381 |
| Bing Huo Yin You AKA Fatal Relics | 7/17/2002 | PAu2-671-105 |
| Bizarre Love Triangle, A | 2/14/2005 | PA 1-273-929 |
| Black Blood | 4/24/2000 | PA 987-220 |
| Black Cat Agent Files, The | 9/10/2003 | PAu2-803-822 |
| Black Gun Discharged | 7/6/2004 | Pau 2-919-619 |
| Black Gun Team | 9/20/2001 | PA1054434 |
| Black Honeymoon | 2/22/2005 | PA 1-257-171 |
| Black Is Black | 3/26/2004 | PA 1-214-391 |
| Black Mask Vs. Saint of Gamblers | 8/6/2003 | PAu2-771-509 |
| Black Morning Glory, The | 12/23/1993 | PA 688-420 |
| Black Panther Warriors, The | 2/23/1994 | PA 683-046 |
| Black Spot | 1/25/1993 | PA 598-784 |
| Bless The Child | 3/20/2004 | PA 1-214-198 |
| Blood On Bullet | 6/26/2003 | PAu2-771-475 |
| Blood Rules, The | 9/15/2000 | PA1-001845 |
| Bloody Cops | 9/12/2001 | PA1054428 |

TAI SENG MOVIES COPYRIGHTS

| | | |
|---|---|---|
| Bloody Killer | 6/26/2003 | PAu2-771-510 |
| Bloody Lie | 5/19/2000 | PA 988-147 |
| Bloody Mary Killer | 3/7/1994 | PA 712-258 |
| Blue Moon | 9/14/2001 | PA1054473 |
| Bomb Disposal Officer Baby Bomb | 3/27/1995 | PA 696-401 |
| Born Wild | 5/25/2001 | PAu2566615 |
| Bottle, The | 4/9/2001 | PA1035570 |
| Bowl | 3/26/2004 | PA 1-212-973 |
| Boxing King, The | 8/12/2003 | PA 1-150-959 |
| Boys Are Easy | 11/15/1993 | PA 672-725 |
| Brain Theft | 4/13/1995 | PA 742-119 |
| Breezy Summer | 2/22/2005 | PA 1-257-174 |
| Broken China | 7/2/2003 | PAu2-771-430 |
| Bruce Lee The Invincible | 11/14/2003 | PA 1-201-493 |
| Brutal Violence | 7/1/2003 | PAu2-769-297 |
| Buddhist Fist, The (EV/DUB) | 12/16/1999 | PA 987-231 |
| Buddy Friends | 7/24/2002 | PA 1-094-265 |
| Bullet & Brain | 6/9/2008 | PA 1-601-743 |
| Bullets of Love (EV/Sub) | 3/13/2002 | PA 1-076-435 |
| Burning Ashes | 1/2/2002 | PA 1-070-239 |
| Bust Family | 1/18/2005 | PAu2-941-903 |
| Butterfly Lovers-Leon And Jo | 10/15/2004 | PA 1-243-628 |
| Butterfly Sword | 5/13/1993 | PA 617-062 |
| Bye Honey | 5/29/2001 | PA1040012 |
| Cafe Shop | 9/5/2003 | PA 1-150-958 |
| Call Girls '94 | 10/4/1994 | PA 714-777 |
| Candlelight's Woman | 3/11/1996 | PA 783-455 |
| Case Of The Spirit Of Banana, The | 8/30/1994 | PA 644-651 |
| Casino Tycoon I | 5/12/1993 | PA 617-111 |
| Casino Tycoon II | 4/12/1993 | PA 610-731 |
| Cat And Mouse | 7/2/2003 | PA 1-147-854 |
| Catching Murderer Overseas | 3/26/2004 | PAu2-800-738 |
| Century Hero | 4/24/2000 | PA 987-223 |
| C'est La Vie, Mon Cheri | 2/10/1994 | PA 712-259 |
| Chasing The Killer In Vietnam | 3/19/2004 | PA1-214-191 |

TAI SENG MOVIES COPYRIGHTS

| | | |
|---|---|---|
| Chatter Street Killer | 4/17/1989 | PA 416-903 |
| Cheaters, The | 7/26/2001 | PA1043356 |
| Chemical Crisis | 8/12/2003 | PAu2-779-307 |
| Chez N' Ham | 12/23/1993 | PA 678-906 |
| Chicken Rice War | 6/26/2003 | PAu2-771-433 |
| Chinese Ghostbuster, The | 7/18/1994 | PA 719-731 |
| Chinese Heroes | 9/5/2003 | PAu2-779-311 |
| Chinese Orthopedist and the Spice Girls | 7/19/2002 | PA 1-099-155 |
| Chiseen (Eng Dub) | 5/5/2006 | PA 1-337-639 |
| Circle, The | 2/22/2005 | PA 1/257-173 |
| City Crisis | 1/25/2005 | PAu2-970-249 |
| City Of Angel | 9/12/2000 | PA1-003382 |
| City Of Sars | 3/5/2004 | PA 1-212-974 |
| Clan Affairs | 3/20/2004 | PAu2-828-319 |
| Clementine - DO NOT USE - SEE HS | 2/22/2005 | PA 1-257-168 |
| Clueless | 10/1/2001 | PA1056514 |
| Cold War (Eng DVD) | 4/9/2001 | PA1035568 |
| Colour Of The Truth | 7/17/2003 | PA 1-156-587 |
| Come From China | 12/21/1992 | PA 594-811 |
| Comeuppance | 3/8/2001 | PA1038769 |
| Complicated Raping Case, The | 1/18/1994 | PA 679-555 |
| Connected | | Pending |
| Conspiracy | 1/2/2002 | PA 1-070-262 |
| Cop Unbowed | 12/13/2004 | PA0001264732 |
| Crazy And The City | 9/23/2005 | PA 1-293-907 |
| Crazy First Love | 2/14/2005 | PA 1-273-888 |
| Crazy For Pig Bone In Pot | 7/19/2002 | PA 1-099-160 |
| Crazy Guy | 7/24/2002 | PAu2-671-102 |
| Crime Of Beast II | 3/20/2003 | PA1-128-730 |
| Crossings | 9/26/1994 | PA 714-253 |
| Crucifixion, The | 11/28/1994 | PA 714-670 |
| Cruel Killer | 10/31/2003 | Pau2-970-246 |
| Cruel Zone | 5/19/2000 | PA 988-164 |
| Crying Heart | 3/21/2000 | PA 983-620 |
| Crying Rose | 5/13/2002 | PAu2-736-360 |

TAI SENG MOVIES COPYRIGHTS

| | | |
|---|---|---|
| Si Wang Xi Zuo II | 4/5/2001 | PAu2566044 |
| Zuo | 4/5/2001 | PAu2566047 |
| Cut Off Game | 1/28/2003 | PAu2-720-980 |
| Cyber War | 5/19/2000 | PA 988-168 |
| Dance Dance | 9/24/2002 | PA 1-106-236 |
| Dance of a Dream | 4/19/2002 | PA 1-079-795 |
| Dance With The Killer | 4/9/2001 | PA1035559 |
| Dancing Lion | 9/24/2007 | PA 1-590-545 |
| Danger Of The Wedding | 7/18/1994 | PA 719-495 |
| Dangerous Attraction | 3/30/2001 | PAu2-640-205 |
| Dangerous Baby | 1/26/2003 | PAu2-720--978 |
| Dangerous Duty (Ying Zhen) | 3/26/2004 | PAu2-828-329 |
| Dangerous Relationship | 3/20/2003 | PAu2-721-736 |
| Dark Side Of My Mind, The (Tian Shi) | 8/6/2003 | PA 1-147-697 |
| Dark War | 7/20/2001 | PA1-043614 |
| Dating Death | 10/15/2004 | PA 1-243-581 |
| Dating With My Dad | 7/20/2001 | PA1-043612 |
| Day Of Thunder | 12/7/1992 | PA 597-950 |
| Day Off | 10/1/2001 | PA1056515 |
| Day Without Policeman, A | 7/5/1994 | PA 719-668 |
| Days Of Being Dumb, The | 1/25/1993 | PA 598-785 |
| Days Of Tomorrow | 12/23/1993 | PA 688-416 |
| Dead Body, The aka Died Body, The | 3/10/2003 | PA 1-150-934 |
| Dead End, The (Mei Lo Yun) | 9/12/2000 | PAu2510717 |
| Deadful Melody | 3/7/1994 | PA 686-362 |
| Deadly Escort | 2/28/2002 | PA 1-071-921 |
| Deadly Island, The | 1/11/1995 | PA 735-703 |
| Deadly Past | 3/20/2003 | PAu2-721-735 |
| Deadly Rose | 2/23/1993 | PA 604-336 |
| Deadly Seduction | 9/2/1993 | PA 661-695 |
| Deals With The Dark | 3/20/2003 | PAu2--721-813 |
| Death Curse, The | 6/8/2004 | PA 1-230-203 |
| Death Melody | 9/10/2003 | PAu2-803-821 |
| Deathnet com | 10/1/2001 | PA1056516 |
| Decisive Move, A | 2/14/2005 | PAu2-941-937 |

TAI SENG MOVIES COPYRIGHTS

| | | |
|---|---|---|
| Demi Haunted | 7/1/2003 | PA 1-147-878 |
| Demon Wet Nurse, The | 2/23/1993 | PA 604-299 |
| Descendant Of Wing Chun | 5/8/1997 | PA 866-787 |
| Desire | 10/14/2004 | PA 1-255-563 |
| Desirous Express | 4/19/2002 | PA 1-079-797 |
| Detective, The | 9/19/2000 | PAu2506695 |
| Detective, The (C+) | 10/23/2008 | PA 1-619-535 |
| Devil Curse | 9/7/1993 | PA 625-576 |
| Devil Eye | 7/1/2003 | PA 1-147-879 |
| Devil Face, Angel Heart | 9/28/2002 | PA 1-106-161 |
| Devil Killer | 9/5/2002 | PA1-152-895 |
| Devil Of Love | 4/14/1995 | PA 699-257 |
| Devil Shadow, The | 9/12/2001 | PA1054453 |
| Devil Touch | 5/13/2002 | PA 1-082-985 |
| Dig Or Die | 2/22/2005 | PA 1-257-172 |
| Digital Warriors | 4/25/2000 | PA 987-213 |
| Direct Line, The | 2/10/1994 | PA 686-234 |
| Dirty Man | 5/15/2002 | PAu2-736-359 |
| Disguised Superstar, A | 6/8/2004 | PA 1-230-199 |
| Distinctive | 7/17/2002 | PA 1-093-831 |
| Diva, Ah Hey! | 8/6/2003 | PA 1-147-691 |
| Dizzy Date | 3/10/2003 | PA 1-150-935 |
| DNA Clone | 8/12/2003 | PAu2-779-317 |
| Doctor Mack | 6/2/1995 | PA 760-250 |
| Don't Let The Sun Go Down | 7/19/2002 | PA 1-099-158 |
| Double Trouble (Nu Ren) | 2/25/2002 | PA 1-071-920 |
| Dr. Lamb | 1/25/1993 | PA 598-787 |
| Dragon Hero aka Longhu Ying Xiong | 7/6/2004 | PAu2-860-156 |
| Dragon Inn | 4/12/1993 | PA 610-725 |
| Dragon Loaded 2003 | 10/20/2003 | PA0001191750 |
| Dragon Since 1973 | 10/15/2004 | PA 1-243-629 |
| Dragon The Master | 3/26/2004 | PAu2-828-330 |
| Dragon Tiger Gate (2DVD Set) | 6/12/2006 | PAu003050563 |
| Dragons Of The Orient (Eng Dub) | 8/30/1994 | PA 726-055 |
| Dream & Desire | 3/20/2004 | PA 1-214-197 |

TAI SENG MOVIES COPYRIGHTS

| | | |
|---|---|---|
| Dream Of A Warrior | 12/10/2004 | PA 1-253-407 |
| Dreaming The Reality | 12/7/1992 | PA 598-778 |
| Driving Miss Wealthy | 5/28/2004 | PA 1-235-929 |
| Drug Baron | 9/2/2003 | PAu2-779-300 |
| Dry Wood Fierce Fire | 7/19/2002 | PA 1-099-157 |
| Duel, The | 4/24/2000 | PA 987-257 |
| Duel, The | 4/5/2001 | PA1035556 |
| Dumbly Agent | 3/20/2003 | PA 1-129-314 |
| Dying Or Live | 2/22/2005 | PA 1-257-169 |
| Eagle's Claw & The Butterfly Palm | 9/8/2003 | PA 1-201-489 |
| East Is Red, The | 7/21/1993 | PA 641-223 |
| Easy Money (Lo Bill..) | 11/24/1992 | PA 590-985 |
| Eat My Dust | 5/8/1997 | PA 866-554 |
| Eating The Uneatable (EV/CV/DUB) | 10/31/2003 | PA 1-207-254 |
| Elixir Of Love | 3/17/2004 | PA 1-219-720 |
| E-mail Prowler | 3/30/2001 | PA 1033629 |
| Emperor In Lust | 11/14/2000 | PAu2514933 |
| Endless Passion | 5/21/1993 | PA 617-045 |
| Enemy Shadow | 1/19/1996 | PA 782-188 |
| Equation of Love & Death, The | | Pending |
| Erotic Deadly Witchery | 3/8/1993 | PA 604-295 |
| Erotic Ghost Story-Flirtatious Pairs | 6/26/2003 | PA 1-147-855 |
| Erotic Journey | 9/2/1993 | PA 661-683 |
| Erotic Two Cops | 2/26/2001 | PAu2544212 |
| Escape From Hong Kong Island | 12/10/2004 | PA 1-253-406 |
| Escape From Nightmare aka Fallen Angel, A | 9/2/2003 | PAu2-779-313 |
| Esprit D'Amour 2 (Ying Youn Oi) | 7/26/2001 | PA1043355 |
| Eternal Evil Of Asia, The (EV/CV/SUB) | 4/1/1996 | PA 780-766 |
| Eternal Love | 4/19/2002 | PA 1-079-794 |
| Eternal Love (Muu Zhau Li) | 9/20/2001 | PA1054435 |
| Even Mountains Meet | 10/26/1993 | PA 678-312 |
| Every Dog Has His Date (A) | 4/19/2002 | PA 1-079-800 |
| Everyday Is Valentine | 8/9/2001 | PA1054481 |
| Evil Fade | 8/4/2000 | PA 997-371 |
| Evil Home | 6/26/2003 | PAu2-771-479 |

TAI SENG MOVIES COPYRIGHTS

| | | |
|---|---|---|
| Eye In the Sky | 9/24/2007 | PA 1-590-547 |
| Excessive Force | 8/25/2003 | PAu2-779-304 |
| Face D'Ange | 11/28/1994 | PA 714-671 |
| Fake Attorney | 1/25/2005 | Pau2-970-251 |
| False Lady | 11/12/1992 | PA 591-032 |
| Family (Korean Movie) | 2/22/2005 | PA 1-257-166 |
| Fantasia | 3/8/2004 | PA 1-219-672 |
| Fantasy Of Hero | 1/28/2003 | PAu2-720-983 |
| Fat Choi Spirit | 3/4/2002 | PA1-091-742 |
| Fatal Attraction | 4/5/2001 | PAu2566042 |
| Fatal Comic | 6/26/2003 | PAu2-771-435 |
| Fatal Love | 1/20/1995 | PA 742-756 |
| Fatal Love Web aka Who Killed Him | 3/25/2004 | PAu2-800-737 |
| Fatal Sex | 9/2/1993 | PA 726-023 |
| Fatal Training Course | 3/26/2004 | PA1-217-548 |
| Fatal Witness | 1/25/2005 | Pau2-970-268 |
| Fate Aka Destiny, A | | Pending |
| Fate Fighter | 9/10/2003 | PA 1-195--166 |
| Fearful 24 Hours | 1/25/2005 | PAu2-970-248 |
| Fearless Match | 12/19/1994 | PA 735-825 |
| Feel 100% 2003 | 8/25/2003 | PA 1-150-557 |
| Feng Shui And Gambling | 1/3/2002 | PA 1-070-258 |
| Fifteen Candles | 5/23/2001 | PA1039996 |
| Fight To The Finish, A | 9/2/2003 | PAu2-779-319 |
| Fighting Back | 8/6/2003 | PAu2-771-396 |
| Fighting For Life aka Deadline Crisis | 6/26/2003 | PA 1-147-690 |
| Fighting to Survive | 7/17/2002 | PA 1-093-828 |
| Final Confinement | 3/26/2004 | PAu2-828-333 |
| Final Edge | 9/28/2002 | Pau 2-679-116 |
| Final Romance | 1/2/2002 | PA 1-070-259 |
| Fing's Raver (A) | 8/9/2001 | PA1054482 |
| Fire of Desire, The | 10/31/2003 | PA 1-286-853 |
| First Shot | 9/2/1993 | PA 661-681 |
| Fist of Fury (Donnie Yen) | 2/20/1996 | PA 778-754 |
| Fist of Fury-Sworn Revenge | 2/20/1996 | PA 778-754 |

TAI SENG MOVIES COPYRIGHTS

| | | |
|---|---|---|
| Fist Power (EV/CV/DUB) | 3/21/2000 | PA 983-621 |
| Five Tigers | 1/25/2005 | PAu2-970-273 |
| Flame Of Seduction | 10/25/2004 | PAu2-903-069 |
| Flower Island | 9/30/2005 | PA 1-293-935 |
| Flower-Snake Lady, A | 2/26/2001 | PAu2544213 |
| Foliage, The | 12/10/2004 | PA 1-253-409 |
| Following You Loving You | 6/26/2003 | PAu2-771-474 |
| Foolish 23 | 3/20/2004 | PAu2-828-321 |
| Forever And Ever ( A ) | 9/14/2001 | PA1054476 |
| Forever Yours (Lang Man) | 10/14/2004 | PA 1-243-585 |
| Foul King, The (Eng DVD) | 7/17/2002 | PA 1-093-830 |
| Four Dragon | 9/7/1993 | PA 625-574 |
| Freaking Spicy Killer | 3/19/2004 | PA0001214200 |
| Freaky Story | 7/19/2002 | PA 1-099-154 |
| From Rascality To Justness | 3/26/2004 | PA1-217-547 |
| From The Queen To The Chief Executive | 5/14/2001 | PAu2586589 |
| From Zero To Hero | 3/6/1995 | PA 696-050 |
| Frugal Game | 9/24/2002 | PA 1-106-235 |
| Full Contact (DTS DVD) | 12/21/1992 | PA 598-819 |
| Funeral March (A) | 3/13/2002 | PA 1-076-373 |
| Future Love | 6/2/1995 | PA 722-775 |
| Gamble For Life | 8/25/2003 | PAu2-779-303 |
| Gambling Soul | 5/13/1993 | PA 617-065 |
| Game Kids | 5/27/1993 | PA 617-099 |
| Game of No Rule, A | 4/24/2000 | PA 987-254 |
| Gangs 2001 | 10/1/2001 | PA1056518 |
| Gentleman Killer | 9/14/2001 | PAu2-617-189 |
| Get The Murderer | 8/6/2003 | PA 1-147-693 |
| Ghost Guards | 6/16/2003 | PAu2-769-300 |
| Ghost Hole | 3/24/2004 | PAu2-800-736 |
| Ghost Meets You | 5/29/2001 | PA1040010 |
| Ghost Office | 12/3/2002 | PA 1-124-953 |
| Ghost On Line | 6/26/2003 | PAu2-771-473 |
| Ghost Promise | 6/14/2000 | PA 991-543 |
| Ghost Story (Gu Sha) | 5/13/2002 | PAu2-736-363 |

TAI SENG MOVIES COPYRIGHTS

| Ghost Timeless | 7/1/2003 | PAu2-769-298 |
|---|---|---|
| Ghostbusters | 1/18/2005 | PAu2-941-953 |
| Ghosts | 7/17/2003 | PA 1-156-588 |
| Gigolo & Whore II | 2/23/1993 | PA 604-338 |
| Gigolo Club | 6/7/1994 | PA 715-720 |
| Gigolo Revelation, The | 9/26/1994 | PA 714-250 |
| Gimme Gimme | 7/19/2001 | PA1053584 |
| Girl Boxer, A | 1/25/2005 | Pau2-970-266 |
| Girls Fall In Love | 7/14/1993 | PA 640-710 |
| Girls Gang | 12/7/1998 | PA 922-508 |
| Give Them A Chance | 8/25/2003 | PA 1-150-927 |
| Gleam Of Hope, A | 4/13/1995 | PA 742-124 |
| Golden Swallow | 1/6/1989 | PA 416-129 |
| Good Times, Bed Times | 9/2/2003 | PA 1-201-702 |
| Good-For-Nothing | 10/23/2004 | PA 1-243-587 |
| Green Jade Statuette, The | 9/8/2003 | PA 1-199-499 |
| Green Snake | 3/7/1994 | PA 686-361 |
| Guard Soldier | 3/19/2004 | PAu2-800-741 |
| Guardian Angel | 5/8/1997 | PA 838-951 |
| Guilty Or Not | 4/5/2001 | PA1041294 |
| Hack Angel aka Bounce Ko Angels | 3/26/2004 | PAu2-828-334 |
| Hacker Pioneers | 6/8/2004 | PAu2-895-692 |
| Hail The Judge | 4/17/1995 | PA 699-253 |
| Happy Chicken | 7/29/1993 | PA 662-568 |
| Happy End | 9/24/2002 | PA 1-106-240 |
| Happy Family | 7/19/2002 | PA 1-099-156 |
| Happy Funeral | 10/23/2008 | PA 1-619-532 |
| Happy Go Lucky (Di Yi) | 7/11/2003 | PA 1-191-570 |
| Happy Hour | 6/19/1995 | PA 705-718 |
| Happy Massage Girls | 2/23/1993 | PA 604-298 |
| Happy Together | 9/29/1993 | PA 664-821 |
| Hard Boiled | 12/21/1992 | PA 594-810 |
| Harpy | 9/23/2005 | PA 1-293-919 |
| Haunted Office | 8/25/2003 | PA 1-150-925 |
| Haunted School | 4/9/2001 | PAu2566046 |

TAI SENG MOVIES COPYRIGHTS

| | | |
|---|---|---|
| He & She | 1/11/1995 | PA 735-702 |
| He Ain't Heavy, He's My Father | 7/18/1994 | PA 719-743 |
| Headlines | 3/8/2001 | PA1038770 |
| Heart Against Hearts | 11/24/1992 | PA 590-999 |
| Heat Team | 12/10/2004 | PA 1-253-412 |
| Heaven Can't Wait | 11/20/1995 | PA 769-176 |
| Heavenly Mission | 3/28/2007 | PA0001373848 |
| Hector | 5/19/2000 | PAu2478278 |
| Hello, Who Is It? | 8/30/1994 | PA 644-649 |
| Help!!! | 1/31/2001 | PA1019356 |
| Her Name Is Cat II: Journey To Death | 5/13/2002 | PA 1-082-987 |
| Her Story | 3/19/2003 | PAu2-779-305 |
| Herbal Tea | 10/14/2004 | PA 1-243-626 |
| Hero Beat Back | 4/5/2001 | PA1035558 |
| Hero Dream | 5/17/1993 | PA 617-200 |
| Hero Of City | 9/14/2001 | PA1054478 |
| Hero Of Hong Kong 1949 | 7/29/1993 | PA 661-693 |
| Hero Of Tomorrow | 3/30/1989 | PA 436-079 |
| Hero Youngster | 12/10/2004 | Pau 2-915-736 |
| Hero-Beyond The Boundary Of Time | 7/29/1993 | PA 662-564 |
| Heroes Of Prostitutes | 9/26/1994 | PA 714-251 |
| He's A Woman, She's A Man | 2/27/1995 | PA 696-184 |
| Hi, Dharma (EV/CV/SUB) | 6/26/2003 | PA 1-147-872 |
| Fu (EV/CV/DUB) | 9/10/2003 | PA 1-195-151 |
| Hidden Hero, A | 12/7/1992 | PA 596-338 |
| High K | 9/15/2000 | PA1-001850 |
| Hit Team | 7/26/2001 | PA1043358 |
| Holy Terror In The Village | 9/5/2003 | PA 1-150-961 |
| Home For Eroticghosts II | 11/14/2000 | PAu2514937 |
| Home Run | | Pending |
| Homicidal Maniac | 7/26/2001 | PA1043354 |
| Honesty | 6/12/2003 | PA 1-155-744 |
| Hong Kong Happy Man II | 3/30/2001 | PAu2-649-197 |
| Hong Kong History X | 11/14/2000 | PA1006446 |
| Hong Kong History Y | 1/3/2002 | PA 1-070-252 |

TAI SENG MOVIES COPYRIGHTS

| | | |
|---|---|---|
| Hong Kong Pie | 11/14/2000 | PA1006443 |
| Hong Kong Valentino | 6/7/1994 | PA 715-719 |
| Hooked On You | 11/9/2007 | PA0001593761 |
| Hooligans, The | 3/8/1993 | PA 604-294 |
| Horror Net | 4/9/2001 | PAu2566045 |
| Horror Tower | 9/19/2000 | PAu2506697 |
| Horror Trip | 9/28/2002 | PAu2-770-657 |
| Hot & Spicy aka Spice Cop | 6/26/2003 | PAu2-771-436 |
| Hot Angel | 6/15/2000 | PA 989-924 |
| Hot Rod | 1/3/2002 | PA 1-070-261 |
| House Of Fury (2 DVD Set) | 9/30/2005 | PA 1-293-937 |
| House Of Mahjong | 6/25/2007 | PA0001383679 |
| House Of The Invisibles | | Pending |
| Humanist | 9/23/2005 | PA 1-293-916 |
| Hunting List | 1/20/1995 | PA 645-470 |
| Hurricane Bullet | 7/6/2004 | Pau 2-919-602 |
| Husband Weekly | 10/25/2004 | PAu2-903-066 |
| I Love Miss Fox | 7/18/1994 | PA 719-492 |
| I Not Stupid | 6/26/2003 | PA 1-147-873 |
| I O U  Nothing | 3/30/2001 | PA1033630 |
| I Want To Get Married | 8/6/2003 | PA 1-147-696 |
| ICQ Ghosts | 3/20/2003 | PAu2-721-731 |
| If It Snows At Christmas | 3/10/2003 | PA 1-150-936 |
| If The Sun Rises In The West | 3/10/2003 | PA 1-150-937 |
| If U Care | 3/20/2003 | PA 1-129-305 |
| If You Are The One (Zone 1, 3 DVD) | | Pending |
| Il Mare - A Love Story | 7/17/2002 | PA 1-093-826 |
| Illusions | 5/27/1993 | PA 617-227 |
| I'm Stone In Love With You | 1/3/2002 | PA 1-070-257 |
| Imperial Swordsman | 5/19/2000 | PA 988-143 |
| Incredibly Wrong | 4/5/2001 | PAu2566048 |
| Infernal Fighter, The | 7/6/2004 | PAu2-860-214 |
| Initial D | 9/30/2005 | PA 1-293-930 |
| In-Laws, Out-Laws | 6/8/2004 | PA 1-230-204 |
| Inner Senses | 7/17/2002 | PA 1-093-829 |

TAI SENG MOVIES COPYRIGHTS

| | | |
|---|---|---|
| Inside Track, The | 3/27/1995 | PA 696-402 |
| Inspector Wears Skirt IV, The | 5/12/1993 | PA 640-719 |
| Instinct | 8/6/1993 | PA 625-539 |
| Interactive Murders | 7/24/2002 | PA 1-094-258 |
| Internal Duel, The | 9/2/2003 | PAu2-779-299 |
| Internet Disaster | 8/6/2003 | PAu2-771-392 |
| Invincible, The (Chuen Huang) | 6/26/2003 | PAu2-771-437 |
| Iron Lion | 10/14/2004 | PAu2-903-074 |
| Irresistible Piggies, The (A) | 6/13/2002 | PA 1-106-845 |
| Itchy Heart | 5/10/2004 | PA 1-225-634 |
| It's A Wonderful Life (Xin Xiang) | 6/25/2007 | PA0001383681 |
| I've Got You Babe! | 7/18/1994 | PA 719-494 |
| Jail Legend Of The Female Prisoner | 3/19/2004 | PAu2-828-318 |
| Jail Of No Return | 4/13/1995 | PA 722-674 |
| Jealous Sister, A | 10/25/2004 | PA 1-243-586 |
| Jealousy Is My Middle Name | 10/14/2004 | PA 1-255-562 |
| Jiang Hu - The Triad Zone | 4/5/2001 | PA1041296 |
| Journalist Story | 7/29/1993 | PA 686-495 |
| Just Do It | 2/14/2005 | PA 1-273-885 |
| Just One Look | 3/20/2003 | PA 1-129-304 |
| Justice, My Foot | 3/1/1993 | PA 607-300 |
| Key To Destiny, The | 10/25/2004 | PAu2-903-070 |
| Kickboxer's Tears (Eng Dub) | 2/10/1993 | PA 600-468 |
| Kidnap the Wrong Person | 8/12/2003 | PAu2-779-288 |
| Kill Or Be Killed | 9/5/2003 | PAu2-779-297 |
| Killer | 7/6/2000 | PA 994-342 |
| Killer 2 | 3/19/2004 | PA 1-214-182 |
| Killer Angels | 8/10/1998 | PA 897-338 |
| Killer From China, The | 10/6/1993 | PA 679-234 |
| Killer Of Snake, Fox Of Shaolin | 11/14/2003 | PA 1-201-492 |
| Killer Of The Lonely Heart, The | 4/5/2001 | PA1035557 |
| Killer's Love, The | 10/26/1993 | PA 679-593 |
| Killing Betrayer | 8/6/2003 | PAu2-771-393 |
| Killing End | 3/13/2002 | PA 1-076-387 |
| Killing Game, The | 9/30/2005 | PA 1-293-934 |

TAI SENG MOVIES COPYRIGHTS

| | | |
|---|---|---|
| Killing Lover | 4/28/2000 | PA 988-044 |
| Killing Maze | 3/30/2001 | PA1033635 |
| Killing Skill | 5/13/2002 | PAu2-736-361 |
| Killing The Target | 2/14/2005 | PA 1-270-530 |
| King Boxer, The | 7/20/2001 | PAu2586161 |
| King Of Chess | 2/23/1994 | PA 683-050 |
| King Of The Sea, The | 12/19/1994 | PA 735-607 |
| Kung Fu Cooker | 9/2/2003 | PAu2-779-318 |
| Kufn Fu Fighter | 6/25/2007 | PA0001383684 |
| Kung Fu In Japan | 9/2/2003 | PAu2-779-316 |
| Kung Fu Kid, The | 10/28/1985 | PA 277-505 |
| Kung Fu Mahjong | 7/22/2005 | PA 1-290-574 |
| Kung fu Mahjong 3- The Final Duel | | Pending |
| Kung Fu Master is My Grandma | 7/17/2003 | PA 1-156-585 |
| Kung Fu Master, The (EV/CV/Dub) | 6/1/2000 | PA 989-499 |
| Kung Fu Police | 3/26/2004 | PAu2-828-331 |
| Kung Fu Tea | 10/14/2004 | PAu2-903-073 |
| L For Love, L For Lie | 10/23/2008 | PA 1-619-538 |
| La Brassiere | 11/30/2001 | PA 1-089-391 |
| La Lingerie | | Pending |
| Laboratory Of The Devil | 12/7/1992 | PA 597-953 |
| Lady And Wicked Man | 11/9/1992 | PA 589-480 |
| Lady Killer | 8/6/1993 | PA 625-561 |
| Lady Iron Chef, The | 6/25/2007 | PA000138367 |
| Lamb Killer | 10/6/1993 | PA 679-233 |
| Lan Kwai Fong | 10/26/1993 | PA 675-606 |
| Last Sight From Death | 4/25/2000 | PA 987-212 |
| Last Supper, The | 9/23/2005 | PA 1-293-909 |
| Ball | 1/25/2005 | PAu2-970-247 |
| Laughter of Water Margin - Treasure Quest | 1/25/2005 | PAu2-970-252 |
| Law On The Brink | 2/27/1995 | PA 705-586 |
| Legend Of A Professional, The | 9/20/2001 | PA1054427 |
| Legend Of Gingko, The | 3/26/2004 | PA 1-212-971 |
| Legend Of Lust | 9/19/2000 | PAu2506696 |
| Legend Of The Crazy Dragon | 5/27/1993 | PAu1749892 |

TAI SENG MOVIES COPYRIGHTS

| | | |
|---|---|---|
| Legend Of The Drunken Tiger | 12/21/1992 | PA 598-817 |
| Legend Of the Flying Swordsman, The | 8/4/2000 | PA 997-374 |
| Legend of Wind | 4/25/2000 | PAu2478396 |
| Legend Of Wong Tai Sin | 7/5/1994 | PA 725-786 |
| Let It Be | 9/12/2000 | PA1-003379 |
| Lethal Cop | 7/1/2003 | PAu2-769-299 |
| Lethal Extortion | 5/8/1997 | PA 866-783 |
| Lethal Girls 2 | 5/8/1997 | PA 836-759 |
| Let's Sing Along | 12/26/2001 | PA 1-089-662 |
| Libera Me | 9/23/2005 | PA 1-293-910 |
| Life | 6/14/2000 | PAu2482304 |
| Life Deposit | 2/26/2001 | PA1019372 |
| Life Express | 6/8/2004 | PA 1-230-205 |
| Life Is A Miracle | 3/13/2002 | PA 1-076-339 |
| Ling's Story | 2/28/2002 | PA 1-071-918 |
| Lion Roars, The | 11/21/2002 | PA 1-125-434 |
| Little Kids Beat The Boss | 12/21/1992 | PA 594-812 |
| Long Way From Home | 11/14/2000 | PAu2514936 |
| Look For A Star ( Zone 1 DVD) | | Pending |
| Lord Of Amusement, The | 3/21/2000 | PA 983-624 |
| Losers' Club, The | 11/30/2001 | PA 1-089-393 |
| Lost In Time | 12/15/2003 | PA 1-287-724 |
| Love @ First Note | 1/8/2007 | PA0001354402 |
| Love And Justice | 5/21/1993 | PA 617-046 |
| Love And The City | 10/5/1994 | PA 733-486 |
| Love Au Zen | 8/9/2001 | PA1054480 |
| Love Battlefield | 12/10/2004 | PA 1-253-408 |
| Love Boat | 3/10/2003 | PA 1-150-930 |
| Love Correction | 9/12/2001 | PA1054449 |
| Love Fantasy | 9/2/2003 | PAu2-779-315 |
| Love For All Seasons | 3/4/2003 | PA1-136-297 |
| Love Game | 2/16/2001 | PAu2544215 |
| Love in Garden Street | 3/19/2003 | PA 1-150-523 |
| Love In Sampan | 11/24/1992 | PA 591-002 |
| Love Is A Many Stupid Thing | 10/14/2004 | PA 1-243-630 |

TAI SENG MOVIES COPYRIGHTS

| | | |
|---|---|---|
| Love is Butterfly | 3/20/2003 | PA 1-129-303 |
| Love Is Love (Nu You) | 2/14/2005 | PAu2-941-938 |
| Love Is Not All Around | 6/25/2007 | PA0001383677 |
| Love On A Diet | 7/19/2001 | PA1053587 |
| Love On Delivery | 9/26/1994 | PA 714-254 |
| Love On The Rocks | 5/10/2004 | PA 1-225-770 |
| Love Or Kill | 9/19/2000 | PAu2506702 |
| Love Path | 9/5/2003 | PAu2-779-298 |
| Love Soldier Of Fortune | 3/27/1989 | PA 418-611 |
| Love That Is Wrong, The | 10/6/1993 | PA 672-907 |
| Love To Kill | 7/18/1994 | PA 715-676 |
| Love Trilogy | 6/8/2004 | PA 1-230-206 |
| Love Undercover | 7/24/2002 | PA 1-094-262 |
| Love Undercover 2: Love Mission | | Pending |
| Love You Dearly | 1/18/2005 | Pau2-941-902 |
| Love-Now You See It…Now You Don't | 12/15/1992 | PA 596-724 |
| Luckiest Man, The | | Pending |
| Lucky Dragon | 12/7/1992 | PA 596-390 |
| Lucky Fighter | 10/25/2004 | PAu2-903-068 |
| Lustful Night, A | 12/23/1993 | PA 677-960 |
| Magic Kitchen | 2/25/2004 | PA 1-219-707 |
| Mago | 9/23/2005 | PA 1-293-917 |
| Man In Blues | 3/19/2004 | PA 1-212-920 |
| Man Wanted 3 | 9/15/2000 | PA1-001859 |
| Man Watching Video, A aka Rewind | 2/14/2005 | PA 1-273-934 |
| Mark Six Comedy | 1/18/2005 | PAu2-941-900 |
| Market's Romance | 6/16/2003 | PA 1-147-695 |
| Marksman, The | 1/18/2005 | PAu2-941-901 |
| Marry a Rich Man | 7/24/2002 | PA 1-108-662 |
| DVD) | 11/28/1994 | PA 732-986 |
| Marvellous Cook, The | 4/9/2001 | PA1035569 |
| Masseuse | 7/20/2001 | PA1-043619 |
| Master Q: Incredible Pet Detective | 6/8/2004 | PA 1-230-201 |
| Master Swordsman Lu Xiao Feng (ep. 1-20) | 5/30/2002 | PA 1-091-570 |
| Master Swordsman, The (EV/CV/Dub) | 3/16/2005 | PA 1-274-124 |

TAI SENG MOVIES COPYRIGHTS

| Master's Necklace, The | 12/7/1992 | PA 597-945 |
|---|---|---|
| May & August | 8/6/2003 | PA 1-147-814 |
| Mean Guy | 3/19/2004 | PAu2-828-322 |
| Memento | 3/19/2003 | PA 1-150-529 |
| Memory Of The Youth | 10/27/2003 | PA 1-199-334 |
| Men Suddenly in Black | 3/19/2004 | PA1-214-192 |
| Messy Love | 9/2/2003 | PAu2-779-314 |
| Midnight Calling Vol. 1 | 9/2/1993 | PA 662-566 |
| Midnight Fantasy | 3/11/2005 | PAu2-941-936 |
| Midnight Fly | 7/17/2002 | PA 1-093-832 |
| Midnight For Hire | 6/16/2003 | PAu2-769-301 |
| Mighty Baby | 9/30/2002 | PA 1-112-995 |
| Millennium Dragon | 6/14/2000 | PAu2482305 |
| Miracle Needle | 7/14/1993 | PA 640-724 |
| Miss Du Shi Niang | 12/10/2004 | PA 1-253-410 |
| Miss You Much | 3/5/2004 | PAu2-828-316 |
| Missing Treasure, The | 9/19/2000 | PAu2506703 |
| Mission X | 6/8/2004 | PAu2-851-727 |
| Mist In Judge | 4/19/2002 | PA 1-079-801 |
| Model From Hell | 4/25/2000 | PAu2478397 |
| Modern Cinderella | 9/24/2002 | PA 1-106-131 |
| Modern Girls | 12/23/1993 | PA 678-909 |
| Modern Romance | 2/27/1995 | PA 696-185 |
| Moment Of Romance II, A | 6/7/1994 | PA 715-718 |
| Money Game | 1/20/1995 | PAu1934338 |
| Money Kills | 10/25/2004 | PA 1-243-588 |
| Money Laundry | 1/31/2001 | PA1019351 |
| Money Suckers | 9/28/2002 | PA 1-106-133 |
| Mongkok Teenage | 9/10/2003 | PA 1-195-152 |
| Moods Of Love | 2/26/2001 | PAu2544214 |
| Moon Warriors, The | 7/21/1993 | PA 641-226 |
| Most Wanted, The | 2/27/1995 | PA 696-187 |
| Mr. Cinema | 9/24/2007 | PA 1-590-551 |
| Mr Mum | 2/23/1994 | PA 682-989 |
| Ms. Butterfly | 5/17/1993 | PA 617-193 |

TAI SENG MOVIES COPYRIGHTS

| Murder | 10/26/1993 | PA 679-226 |
|---|---|---|
| Murder On The Menu | 4/19/2002 | PA 1-093-668 |
| Musa, The Warrior | 8/12/2003 | PA 1-150-957 |
| My Americanize Wife | 2/8/1993 | PA 599-777 |
| My Dream Girl | 3/5/2004 | PA 1-212-970 |
| My Father Is Not A Thief | 12/21/1992 | PA 594-247 |
| My Hero II | 9/7/1993 | PA 625-571 |
| My Left Eye Sees Ghosts | 9/3/2002 | PA1-112-724 |
| My Lucky Star (Hang Yun) | 3/3/2003 | PA1-122-281 |
| My Name is Fame | 11/13/2006 | PA 1-349-537 |
| My Pale Lover | 7/29/1993 | PA 661-698 |
| My Pretty Wife | 10/31/2005 | Pau2-970-245 |
| My Rice Noodle Shop | 9/28/2002 | PA 1-106-166 |
| My Romeo | 1/18/2005 | PAu2-941-952 |
| My Sassy Classmate | 6/26/2003 | PAu2-771-477 |
| My Troublesome Buddy | 9/22/2003 | PA 1-199-335 |
| My Virgin | 7/29/1993 | PA 682-229 |
| My Wife is 18 | 3/20/2003 | PA 1-129-302 |
| My Wife Is A Gambling Maestro | 10/23/2008 | PA 1-610-451 |
| Mystery Of Big Boobs, The | 5/13/1993 | PA 617-102 |
| (EV/MV/Dub) | 9/10/2003 | PA 1-195-150 |
| Naked Poison | 9/20/2001 | PA1054437 |
| Naked Poison II | 3/19/2003 | PA 1-150-938 |
| Nanny's Fear | 2/28/2002 | PA 1-071-923 |
| Narrow Escape, A | 10/26/1993 | PA 675-603 |
| Naughty Baby, The | 6/21/2000 | PAu2482410 |
| Needing You | 9/15/2000 | PA1-001846 |
| Never Compromise | 11/14/2000 | PA1006447 |
| Never Ending Summer | 3/10/1993 | PA 607-297 |
| New Blood | 3/20/2003 | PA 1-129-309 |
| (EV/CV/Dub) | 5/9/2005 | PA 1-286-877 |
| New Legend Of Shaolin (Eng DVD) | 10/5/1994 | PA 733-485 |
| New Option III-Assault Team, The | 7/2/2003 | PAu2-769-296 |
| New Option II-Undercover, The | 7/2/2003 | PAu2-771-496 |
| New Option IV-Assassin, The | 7/2/2003 | PAu2-779-292 |

Page 18

TAI SENG MOVIES COPYRIGHTS

| | | |
|---|---|---|
| New Option IX-Point of No Return, The | 7/2/2003 | PAu2-771-429 |
| New Option VII-Syndicate, The | 7/2/2003 | PAu2-771-432 |
| New Option VI-Sniper, The | 7/2/2003 | PAu2-771-428 |
| New Option V-Savior, The | 7/2/2003 | PAu2-771-431 |
| New Option, The | 7/1/2003 | PA 1-147-874 |
| New Roommate, A | 10/25/2004 | PAu2-903-072 |
| New's Heart | 3/24/2004 | PA 1-212-972 |
| Night Club On Fire | 9/10/2003 | PAu2-803-819 |
| Nightmare | 6/29/2000 | PA 990-011 |
| Nightmare From Snake | 3/26/2004 | PAu2-828-332 |
| Nightmares in Precinct 7 | 1/2/2002 | PA 1-070-240 |
| Nine Girls And A Ghost | 7/1/2003 | PA 1-147-877 |
| Ninja Checkmate | 11/14/2003 | PA0001201490 |
| Ninja Over The Great Wall | 1/25/1993 | PA 598-789 |
| No Body Ever Cheats | 12/19/1994 | PA 735-827 |
| No Guilty | 8/6/1993 | PA 625-566 |
| No Place To Go | 3/5/2004 | PAu2-828-324 |
| No Problem 2 | 3/19/2003 | PA 1-150-528 |
| No Problem 2 | 3/19/2003 | PA 1-150-528 |
| No Sir !!! | 1/30/1995 | PA 703-540 |
| Noblest Way To Die, The | 9/7/1993 | PA 657-696 |
| Nothing! Nothing! Nothing! | 6/26/2003 | PAu2-771-480 |
| Nuclear Weapon | 5/19/2000 | PA 988-144 |
| Oddly aka Mysterious Murder, A | 6/15/2003 | PAu2-769-303 |
| Offence Storm | 9/7/1993 | PA 664-657 |
| Oh! My Three Guys | 4/13/1995 | PA 704-890 |
| Oh! Pretty Woman | 2/11/1993 | PA 600-608 |
| Oh! Yes Sir!! | 10/5/1994 | PA 714-817 |
| Okinawa Rendez-Vous | 1/31/2001 | PA1019359 |
| On The Run | 9/14/2001 | PA1054475 |
| Once A Blacksheep | 11/12/1992 | PA 591-037 |
| One Arm Hero (Eng DVD) | 8/30/1994 | PA 644-648 |
| One Nite In Mongkok | 5/9/2005 | PA 1-286-878 |
| Online Games | 1/28/2003 | PAu2-720-976 |
| Order To Kill | 1/18/2005 | PAu2-941-905 |

TAI SENG MOVIES COPYRIGHTS

| | | |
|---|---|---|
| Osaka Wrestling Restaurant | 10/15/2004 | PA 1-243-625 |
| Other Half And The Other Half, The | 4/17/1989 | PA 416-904 |
| Other Side Of Dolls, The | 12/23/1993 | PA 677-965 |
| Out Bound Killing | 1/20/1995 | PA 742-755 |
| Outburst | 2/28/2002 | PA 1-071-850 |
| Over The Cuckoo Nest | 2/10/1994 | PA 686-232 |
| Over The Rainbow, Under The Skirt | 3/6/1995 | PA 696-106 |
| Pa Pa Loves You | 5/10/2004 | PA 1-225-635 |
| Painted Skin (EV/CV/SUB) | 1/18/1994 | PA 579-559 |
| Para Para Sakura (A) | 1/3/2002 | PA 1-079-736 |
| Paradise Villa (Eng DVD) | 3/10/2003 | PA 1-150-933 |
| Paramount Motel | 1/31/2001 | PA1019400 |
| Partners (Wang Hung Ba Doe) | 7/24/2002 | PA 1-094-261 |
| Payment In Blood | 4/5/2001 | PAu2566049 |
| Peeper's Story II-Escape Partner, The | 8/25/2003 | PAu2-779-301 |
| Peeper's Story I-Tattoo Master, The | 8/25/2003 | PAu2-779-302 |
| Peeping, The | 9/28/2002 | PA 1-106-168 |
| Perfect Match (Pao Ma Daid) | 9/12/2001 | PA1054454 |
| Perfect Match, A (Ta Hei Fung Di) | 2/14/2005 | PA 1-270-529 |
| Perhaps Love | 9/24/2007 | PA 1-591-935 |
| Perhaps Love (Special Edition, Eng Dub) | 9/24/2007 | PA 1-591-935 |
| Phantom Call | 11/14/2000 | PA1006444 |
| Phantom Lover, The | 10/30/1995 | PA 769-299 |
| Phantom Of Snake | 6/15/2000 | PA 989-925 |
| Pisces | 9/23/2005 | PA 1-293-914 |
| Play With Strangers | 4/5/2001 | PA1041295 |
| Please Teach Me English | 12/10/2004 | PA 1-253-413 |
| Point Of No Return, The | 6/15/2000 | PA 989-922 |
| Police Case | 3/26/2004 | PAu2-828-328 |
| Police Love Affairs | 1/26/2005 | PAu2-932-679 |
| Popee | 9/23/2005 | PA 1-293-918 |
| Possessed (A) | 3/20/2003 | PA 1-129-310 |
| Power King | 6/26/2003 | PAu2-771-476 |
| Power Of Kangwon Province, The | 2/14/2005 | PA 1-273-928 |
| Power Of Love | 12/23/1993 | PA 678-908 |

TAI SENG MOVIES COPYRIGHTS

| | | |
|---|---|---|
| Powerful Four | 11/24/1992 | PA 590-980 |
| Pretty Women, The | | Pending |
| Prince Of Storm | 1/28/2003 | PAu2-720-981 |
| Prison On Fire-Life Sentence | 2/28/2002 | PA 1-071-917 |
| Prison On Fire-Plaintive Destiny | 2/28/2002 | PA 1-071-848 |
| Prison On Fire-Preacher | 3/19/2003 | PA 1-150-527 |
| Virgin | 3/6/2004 | PAu2-828-327 |
| Private Eye Blues, The | 2/27/1995 | PA 696-186 |
| Promise | 5/13/2002 | PAu2-736-362 |
| Promise To The Killers | 3/26/2004 | PAu2-800-735 |
| Prostitute | 5/21/1993 | PA 617-069 |
| Prostitute Killer | 6/6/2000 | PA 994-340 |
| Province 77 | 9/30/2005 | PA 1-293-932 |
| Psychedelic Cop | 3/20/2003 | PA 1-129-301 |
| Pursuit of a Killer | 4/12/2000 | PAu2478361 |
| Queen Of Gambler | 10/19/1992 | PA 588-369 |
| Queen Of Kowloon | 10/1/2001 | PA1056513 |
| Queenie & King The Lovers | 10/1/2001 | PA1056522 |
| Quick Man | 9/23/2005 | PA 1-293-911 |
| Radical | 7/6/2004 | Pau 2-919-601 |
| Raid On Gas Station | 9/24/2002 | PA 1-106-134 |
| Raiders Of Loosing Treasure | 12/21/1992 | PA 594-848 |
| Ransom Express | 1/31/2001 | PA1019401 |
| Rape | 4/9/2001 | PAu2-594-225 |
| Raped By An Angel | 10/26/1993 | PA 679-560 |
| Rapist | 9/12/2001 | PA1054448 |
| Rascal Agent, A | 3/20/2003 | PAu2-721-814 |
| Real Fiction | 9/23/2005 | PA 1-293-908 |
| Recreant Teenager, The | 10/25/2004 | PAu2-903-071 |
| Red Grass Sand (PAL DVD) | 7/26/2001 | PAu2586159 |
| Red Shield | 12/15/1992 | PA 596-725 |
| Replacement Suspect, The | 4/19/2002 | PA 1-079-792 |
| Reporter, The | 1/28/2003 | PAu2-720-979 |
| Resistless Mission | 3/19/2004 | PA 1-212-919 |
| Resort Massacre | 8/4/2000 | PA 997-373 |

TAI SENG MOVIES COPYRIGHTS

| | | |
|---|---|---|
| Return From The Other World | 9/28/2002 | PA 1-106-239 |
| Returning, The | 1/30/1995 | PA 703-539 |
| Reunion | 3/19/2003 | PA 1-150-525 |
| Revenge Of Cheetah | 3/5/2004 | PAu2-828-325 |
| Revenge Of Kung Fu Master (EV/CV/Dub) | 3/15/2005 | PA 1-274-125 |
| Revenge Of Scar Face | 2/25/1994 | PA 686-487 |
| Rhythm Of Destiny | 12/15/1992 | PA 596-769 |
| Rich And Famous (EV/CV/SUB) | 2/2/1989 | PA 411-168 |
| Ring Virus, The | 2/22/2005 | PA 1-257-167 |
| Roaring Dragon Bluffing Tiger | 6/26/2003 | PAu2-771-447 |
| Roaring Wheels | 7/20/2001 | PA1-043617 |
| Royal Guard | 6/16/2003 | PAu2-769-302 |
| Run 2U | 1/18/2005 | PA 1-272-265 |
| Run Papa Run | | Pending |
| Runaway | 9/14/2001 | PA1054438 |
| Runner, The | 3/26/2004 | PAu2-800-739 |
| Running 7 Dogs | 2/14/2005 | PA 1-273-930 |
| Running On Karma | 1/20/2004 | PA 1-210-714 |
| Running Out Of Time 2 | 6/14/2002 | PA 1-129-849 |
| Sad Story Of Saigon, The | 9/29/1993 | PA 662-494 |
| Sai Kung Story | 6/16/2003 | PA 1-147-698 |
| Salon Beauty | 7/24/2002 | PA 1-094-264 |
| Salt And Pepper | 3/19/2004 | PA 1-214-183 |
| Sam The Iron Bridge (EV/CV/SUB) | 7/18/1994 | PA 719-732 |
| Satyr Monks | 7/18/1994 | PA 719-493 |
| Saulabi | 10/15/2004 | PA 1-255-558 |
| Savage Lawyer | 7/20/2001 | PA1-043618 |
| Saving Hands, The | 8/13/2002 | PA 1-082-988 |
| Saviour Of The Soul | 11/9/1992 | PA 589-483 |
| Saviour Of The Soul II | 10/26/1993 | PA 675-604 |
| Scent of a Man, A | 9/24/2002 | PA 1-106-167 |
| Seamy Side of Life - A Black Chick | 7/19/2002 | PA 1-099-153 |
| Seamy Side Of Life II-Crying Stars | 6/16/2003 | PA 1-147-694 |
| Second Time Around | 1/29/2002 | PA 1-080-021 |
| Secret Society Boss, The | 8/25/2003 | PA 1-150-924 |

TAI SENG MOVIES COPYRIGHTS

| Secret Society, The-The Best Hack | 9/5/2003 | PA 1-150-966 |
|---|---|---|
| See No Evil | 2/28/2002 | PA 1-071-919 |
| See You Next Time | 5/13/1993 | PA 617-231 |
| Movie) | 9/30/2005 | PA 1-293-933 |
| Serial Killer | 2/28/2002 | PA 1-071-847 |
| Serious Shock, Yes Madam, A | 3/7/1994 | PA 686-359 |
| Set To Kill | 5/17/2005 | PA 1-280-258 |
| Set Up | 7/22/2005 | PA 1-290-575 |
| Sex And Curse | 3/1/1993 | PA 607-278 |
| Sex And The Beauties | 2/26/2004 | PA 1-219-441 |
| Sex For The Imperial | 12/21/1992 | PA 627-339 |
| Sex Medusa (On /Off Eng Sub) | 11/14/2000 | PAu2514934 |
| Sex Of Female | 8/6/1993 | PA 625-540 |
| Sex Of Magic | 2/22/2005 | PA 1-257-170 |
| Sexual Exchange | 3/20/2004 | PAu2-800-740 |
| Sexual Vengeance | 3/19/2003 | PAu2-779-294 |
| Sexy And Dangerous II | 6/14/2000 | PA 991-542 |
| Sexy Ghost | 1/18/1994 | PA 679-558 |
| Shadow Cop, The | 5/17/1993 | PA 617-201 |
| Shadow Mask | 3/13/2002 | PA 1-076-372 |
| Shamo | 10/23/2008 | PA 1-619-453 |
| Shanghai Affairs | 11/24/1992 | PA 591-001 |
| Shanghai Love Story | 11/14/2000 | PAu2514935 |
| Shaolin Avengers | 5/8/1997 | PA 836-761 |
| Shaolin Popey | 7/5/1994 | PA 719-673 |
| Shaolin Popey II-Messy Temple | 11/28/1994 | PA 714-673 |
| Shaolin Vs Evil Dead | 3/11/2005 | PAu2-941-939 |
| Shaolin Vs Evil Dead-Ultimate Power | 1/29/2007 | PA 1-352-461 |
| Shark Busters | 7/1/2003 | PA 1-147-876 |
| Shiver | 3/5/2004 | PA 1-214-196 |
| Shoot To Kill | 10/14/1994 | PA 714-513 |
| Show Show Show | 2/14/2005 | PA 1-273-935 |
| Simply Actors | 9/24/2007 | PA0001590553 |
| Sinful Confessions | 9/15/2000 | PAu2-631-337 |
| Single Blog | 9/24/2007 | PA 1-590-550 |

TAI SENG MOVIES COPYRIGHTS

| | | |
|---|---|---|
| Six Strong Guys | 12/10/2004 | PA 1-253-414 |
| Sky Of Love | 12/15/2003 | PA1-206-239 |
| Sleeping With The Dead | 3/10/2003 | PA 1-150-931 |
| Sleeping With Two Sisters | 2/23/1994 | PA 683-048 |
| Sleepless In Taipei | 10/31/2003 | PA 1-286-851 |
| Small Potato | 7/29/1993 | PAu1760772 |
| Snake Charmer | 7/17/2002 | PAu2-671-104 |
| Snake Fist | 1/20/1995 | PAu1934339 |
| Snake Lover | 6/16/2003 | PAu2-769-305 |
| Snow Falling From The Sky of June | 6/8/2004 | PA 1-230-202 |
| Son With Two Fathers, The | 3/20/2004 | PAu2-828-323 |
| Sound From The Dark | 10/1/2001 | PA1056517 |
| Sparrow | | Pending |
| Spider Woman Next Door | 2/23/1993 | PA 604-300 |
| Spiritual Love, The | 7/5/1994 | PA 719-674 |
| Spiritual Reclamation | 9/19/2000 | PAu2506701 |
| Spy Dad, The | 12/1/2003 | PA0001206238 |
| Spy Gear | 3/13/2002 | PA 1-076-434 |
| Starlets For Sale | 4/5/2001 | PAu2566043 |
| Stewardess, The | 7/24/2002 | PA 1-094-259 |
| Sting in the Tail, A | 1/2/2002 | PA 1-070-241 |
| Story of Long, The | 3/5/2004 | PA 1-212-969 |
| Story Of Lotus, The | 10/14/2004 | PA 1-243-583 |
| Story Of Prostitutes, The | 9/20/2001 | PA 1054426 |
| Story Of Soccer Bet, The | 9/5/2003 | PA 1-150-960 |
| Story of Tong Queen, The | 11/24/1993 | PA 678-308 |
| Strangers Meet On The Way | 8/9/2001 | PA1054483 |
| Stunning Revelation | 1/18/2005 | PAu2-941-899 |
| Stunt Men | 12/7/1992 | PA 598-996 |
| Such A Life | 7/26/2001 | PAu2586160 |
| Sugar | 5/23/2001 | PA1040003 |
| Summer Breeze Of Love | 7/9/2002 | PA 1-106-733 |
| Summer Dream | 7/1/2003 | PA 1-147-875 |
| Summer I Love You | 3/20/2003 | PA 1-129-306 |
| Summer Vacation | 8/12/2003 | PAu2-779-308 |

TAI SENG MOVIES COPYRIGHTS

| | | |
|---|---|---|
| Super Car Criminals | 6/29/2000 | PA 990-014 |
| Super Fans | 6/25/2007 | PA000138368 |
| Super Model | 12/10/2004 | PA 1-253-411 |
| Superstar In Running | 2/26/2001 | PAu2544218 |
| Switch-Over | 11/15/1993 | PA 672-723 |
| Sword In The Moon | 1/31/2005 | PA 1-270-481 |
| Swordsman II (DTS DVD) | 12/15/1992 | PA 596-770 |
| Sworn Revenge | 9/20/2001 | PA1054439 |
| Sympathetic Killer, A | 1/3/2002 | PA 1-070-255 |
| Tactical Unit Comrades In Arms | | Pending |
| Tactical Unit Human Nature | | Pending |
| Tactical Unit No Way Out | | Pending |
| Tactical Unit The Code | | Pending |
| Tai Chi Fist | 5/10/1996 | PA 802-878 |
| Take 2 In Life | 3/13/2002 | PA 1-076-433 |
| Take Care, Big Brother | 12/7/1992 | PA 597-952 |
| Take Top | 1/31/2001 | PAu2-594-213 |
| Teacher Without Chalk, The | 4/5/2001 | PA1035555 |
| Temptation Of Office Ladies, The | 10/1/2001 | PA1056521 |
| Tempting Illusion | 3/20/2004 | PAu2-828-317 |
| Tender Heart | 1/27/2000 | PA 975-044 |
| Terminal Raper | 3/30/2001 | PA 1033628 |
| That Vital Organ | 12/7/1992 | PA 598-780 |
| There Is A Secret In My Soup | 9/12/2001 | PA1054452 |
| Thief Of Red Lips Fish, The | 8/12/2003 | PAu2-779-310 |
| Three Of A Kind | 9/20/2004 | PA1-242-821 |
| Three Summers | 10/26/1993 | PA 678-310 |
| Three Swordsmen, The | 1/11/1995 | PA 735-704 |
| Throw Down | 8/13/2004 | PA0001242909 |
| Thunder Run | 7/18/1994 | PA 731-574 |
| Till Death Do Us Part | 4/12/2000 | PA 988-065 |
| Time 4 Hope | 9/28/2002 | PA 1-106-164 |
| Time After Time | 3/1/1993 | PA 607-277 |
| Timeless, Bottomless | 9/30/2005 | PA 1-293-929 |
| Tiramisu | 7/24/2002 | PA 1-094-263 |

TAI SENG MOVIES COPYRIGHTS

| | | |
|---|---|---|
| To Be No. 1-Shepherd | 3/13/2002 | PA 1-076-375 |
| To Kill Or To Be Killed | 5/29/2001 | PA1040006 |
| To Miss With Love | 12/7/1992 | PA 607-263 |
| To My Dearest Father | 3/20/2004 | PA 1-214-195 |
| To Seduce An Enemy | 8/12/2003 | PA 1-150-956 |
| To Struggle For Supremacy | 7/6/2004 | PAu 2-919-616 |
| To Where He Belongs | 6/14/2000 | PA 991-544 |
| Tom, Dick  &  Hairy | 5/17/1993 | PA 683-026 |
| Too Tired To Die (Eng DVD) | 4/8/1998 | PAu2-278-444 |
| Too Young To Die | 2/14/2005 | PA 1-273-887 |
| Torn Between | 12/7/1992 | PA 598-996 |
| Toronto Banana Gal | 7/14/1993 | PAu1777514 |
| Tough Cop Inside | 7/19/2002 | PA 1-099-159 |
| Tragic Fantasy, The-Tiger Of Wanchai, The | 2/27/1995 | PA 696-226 |
| Tragic Hero(EV/CV/SUB) | 4/3/1989 | PA 416-907 |
| Tragic Room, A | 8/25/2003 | PA 1-150-928 |
| Transfiguration Of Life | 2/22/2005 | PA 1-257-162 |
| Transmigration Romance | 12/7/1992 | PA 597-946 |
| Treasure Hunt (Special Edition) | 9/26/1994 | PA 714-252 |
| Treasure Hunter | 7/24/2002 | PA 1-094-260 |
| Tree, The | 6/26/2003 | PAu2-771-434 |
| Trouble Makers, The | 9/10/2003 | PA 1-195-153 |
| Troublesome Night 10 | 1/3/2002 | PA 1-070-253 |
| Troublesome Night 11 | 1/3/2002 | PA 1-070-254 |
| Troublesome Night 12 | 1/2/2002 | PA 1-070-265 |
| Troublesome Night 13 | 7/19/2002 | PA 1-099-162 |
| Troublesome Night 14 | 7/19/2002 | PA 1-099-161 |
| Troublesome Night 15 | 9/24/2002 | PA 1-106-132 |
| Troublesome Night 16 | 3/20/2003 | PA1-129-313 |
| Troublesome Night 17 | 3/20/2003 | PA 1-129-311 |
| Troublesome Night 18 | 9/2/2003 | PA 1-150-967 |
| Troublesome Night 19 | 3/5/2004 | PA 1-212-075 |
| Troublesome Night 7 | 6/15/2000 | PA 989-921 |
| Troublesome Nights 8 | 9/12/2001 | PA1054451 |
| Troublesome Nights 9 | 12/19/2001 | PA 1-066-912 |

TAI SENG MOVIES COPYRIGHTS

| | | |
|---|---|---|
| Troublesome Romance, The | 3/20/2003 | PA 1-129-307 |
| True Love (Jeem Dung Fung Yuet) | 10/31/2003 | PAu2-970-244 |
| True Love (Jun Oi) ( A ) | 10/1/2001 | PA1056519 |
| Truth Or Dare aka The Truth Game | 2/14/2005 | PA 1-273-889 |
| Truth Or Dare: 6th Floor Rear Flat | 10/31/2003 | PA 1-286-852 |
| Truth, The | 9/11/1989 | PA 440 818 |
| Twenty Something | 3/27/1995 | PA 696-309 |
| Twilight Garden | 10/1/2001 | PA1056520 |
| Twinkle Stars | 2/14/2005 | PA 1-273-939 |
| Two Angels | 1/18/2005 | PAu2-941-904 |
| Two Courageous Ghosts | 5/5/2000 | PA 988-034 |
| Two Individual Package Women, The | 8/12/2003 | PA 1-150-955 |
| Two Of A Kind | 12/23/1993 | PA 678-905 |
| Ultimate Fight | 2/22/2005 | PA 1/257-165 |
| Ultimate Warrior | 7/6/2004 | Pau 2-919-600 |
| Ultimatum | 1/3/2002 | PA 1-070-256 |
| U-Man | 7/17/2002 | PA1-093-833 |
| Unarm 72 Hours | 6/26/2003 | PA 1-147-871 |
| Undercover Blues AKA Punishment | 3/30/2001 | PA1033632 |
| Underground | 6/6/2005 | PA 1-288-098 |
| Underground Judgement | 12/19/1994 | PA 735-824 |
| Underground Warfare | 12/7/1992 | PA 597-954 |
| Undiscovered Tomb (Eng On/Off Sub) | 9/5/2003 | PAu2-779-306 |
| Unplugged Nightmare | 1/26/2005 | PA 1-270-593 |
| Untold Story-Lost World, The | 3/19/2003 | PA 1-150-524 |
| Untold Story-Sudden Vanished, The | 3/20/2003 | PA 1-129-308 |
| Untouchable Maniac | 6/15/2000 | PA 989-923 |
| Vampire Controller | 9/20/2001 | PA1054432 |
| Vampire Family | 10/26/1993 | PA 682-736 |
| Vampire Reborn | 3/5/2004 | PAu2-828-326 |
| Vanishing Twin | 10/15/2004 | PA 1-255-559 |
| Vengeance Of Six Dragon, The | 9/7/1993 | PA 625-562 |
| Vicious Killing | 3/26/2004 | PA 1-214-392 |
| Vicious Taxi Driver | 3/30/2001 | PA1033636 |
| Violent Cop (Huo Bao) | 9/20/2001 | PA1054431 |

TAI SENG MOVIES COPYRIGHTS

| | | |
|---|---|---|
| Virgin Stripped Bare By Her Bachelors | 2/14/2005 | PA 1-273-931 |
| Virtue One Vice Ten | 7/6/2004 | PAu2-860-140 |
| Visible Secret II | 7/9/2002 | PA 1-106-729 |
| Wacky Switch, A | 6/6/2005 | PA 1-288-097 |
| Wall, The | 3/20/2003 | PA1-129-312 |
| Warning Time, The | 4/5/2001 | PA1041297 |
| Water Margin:  The True Colors Of Heroes | 5/13/1993 | PA 617-063 |
| Way Of The Lady Boxers | 2/10/1994 | PA 686-231 |
| Wedding In Hell | 3/20/2004 | PAu2-828-320 |
| Wedding Or A Funeral, A | 10/15/2004 | PA 1-243-627 |
| We're Not The Worst | 9/10/2003 | PAu2-803-820 |
| Wesley's Mysterious File, The | 4/26/2002 | PA1-092-033 |
| Wet Dreams | 3/20/2003 | PA1-124-737 |
| What A Wonderful World | 5/10/1996 | PA 802-876 |
| What Is A Good Teacher | 9/12/2000 | PA1-003383 |
| Whatever Will Be, Will Be | 3/11/1996 | PA 798-733 |
| When A Man Loves A Woman | 5/29/2001 | PA1040013 |
| White Lotus Cult (EV/CV/SUB) | 7/18/1994 | PA 719-768 |
| White Storm | 1/2/2002 | PA 1-070-278 |
| White Valentine | 3/11/2005 | PA 1-273-937 |
| Who Are You? | 10/14/2004 | PA 1-255-560 |
| Who's Killer | 8/6/1993 | PA 625-537 |
| Who's Next | 10/23/2008 | PA 1-619-540 |
| Who's The Assassin | 5/19/2000 | PA 988-148 |
| Why Me, Sweetie?! | 5/6/2003 | PA 1-144-294 |
| Wicked Fairy | 5/19/2000 | PA 988-148 |
| Wicked Ghost III - Possession, The | 9/2/2003 | PA 1-150-962 |
| Wild Cherry | 2/26/2001 | PAu2544216 |
| Wild Girls, The | 7/14/1993 | PA 640-717 |
| Wild Love | 6/14/2000 | PAu2482303 |
| Windfall Profits | 9/23/2002 | PA 1-106-237 |
| Winner Takes All | 4/24/2000 | PA 987-252 |
| Wise Guys Never Die | 3/28/2007 | PA0001373849 |
| Wo Hu | 1/29/2007 | PA 1-353-129 |
| Woman Killer's Rampage | 9/2/1993 | PAu1767835 |

TAI SENG MOVIES COPYRIGHTS

| Women From Mars | 9/24/2002 | PA 1-106-137 |
|---|---|---|
| Women Prison | 3/23/1989 | PA 415-576 |
| Wonder Women | 9/24/2007 | PA 1-590-548 |
| Wonderful Killer | 8/6/1993 | PA 625-560 |
| Wound's Fighting | 8/12/2003 | PAu2-779-309 |
| Writer's Block | 9/14/2001 | PA1054479 |
| Wu Yen | 3/8/2001 | PA1038771 |
| X File: Repentance | 10/15/2004 | PAu2-903-063 |
| X-Cop Girls | 7/20/2001 | PA1-043613 |
| Yaowarat | 9/30/2005 | PA 1-293-936 |
| Yellow Hair | 2/14/2005 | PA 1-273-936 |
| Yellow Hair 2 | 3/11/2005 | PA 1-273-938 |
| Yesterday Once More | 11/19/2004 | PA 1-272-456 |
| Yin Yang Pauguan | 10/25/2004 | PAu2-903-067 |
| YMCA Baseball Team | 10/14/2004 | PA 1-255-561 |
| You Are My Destiny | 2/13/1989 | PA 427-183 |
| You Shoot, I Shoot | 1/2/2002 | PA 1-070-263 |
| Young King of Gambler, The | 6/16/2003 | PAu2-769-304 |
| Young Ones, The (Zi Wu Sui Ban) | 7/26/2001 | PA1043360 |
| Young Taoism Fighter, The | 10/28/1985 | PA 277-510 |
| Young Violence, The | 9/19/2000 | PAu2506699 |
| Zen Of Sword | 7/14/1993 | PA 677-962 |
| Zero | 3/20/2004 | PA 1-214-199 |

| TVB Title | Registration Date | Registration Number | Episodes First | Episodes Last |
|---|---|---|---|---|
| "W" Files, The | 8/25/2003 | PA1-152988 | 1 | 20 |
| "W" Files, The | 8/25/2003 | PA1-153066 | 21 | 30 |
| 1983 Jade Solid Gold Selections (2nd Quarter) | 2/27/1986 | PA 291-854 | 0 | 0 |
| 1983 Jade Solid Gold Selections (2nd Quarter) | 12/16/1998 | PA 922-509 | 1 | 20 |
| 1983 Jade Solid Gold Selections (3rd Quarter) | 2/27/1986 | PA 291-855 | 0 | 0 |
| 1993 Jade Solid Gold Selections (1st Quarter) | 2/27/1986 | PA 291-856 | 0 | 0 |
| 1993 Jade Solid Gold Selections (1st Quarter) | 6/10/1997 | PA 843-756 | 1 | 1 |
| A Baby Makes Three | 7/28/1983 | PA 178-747 | 1 | 2 |
| A Beggar's Daughter | | Pending | 1 | 4 |
| A Case Of Misadventure | 6/19/2002 | PA1-096571 | 1 | 20 |
| A Change of Destiny | 6/22/2007 | PA0001388870 | 1 | 20 |
| A Change Of Fate | 9/2/1994 | PA 718-173 | 1 | 1 |
| A Change Of Fate | 4/11/1995 | PA 645-249 | 7 | 9 |
| A Change Of Fate | 4/11/1995 | PA 706-792 | 16 | 18 |
| A Change Of Fate | 4/11/1995 | PA 706-793 | 19 | 20 |
| A Change Of Fate | 4/11/1995 | PA 706-794 | 10 | 12 |
| A Change Of Fate | 4/11/1995 | PA 706-795 | 13 | 15 |
| A Change Of Fate | 4/11/1995 | PA 741-319 | 1 | 3 |
| A Change Of Fate | 4/11/1995 | PA 741-830 | 4 | 6 |
| A Friend In Need | 2/27/1986 | PA 291-856 | 0 | 0 |
| A Friend In Need | 9/23/1988 | PA 416-966 | 9 | 10 |
| A Friend In Need | 9/23/1988 | PA 416-967 | 11 | 12 |
| A Friend In Need | 9/23/1988 | PA 416-971 | 5 | 6 |
| A Friend In Need | 9/23/1988 | PA 416-972 | 7 | 8 |
| A Friend In Need | 9/23/1988 | PA 416-973 | 1 | 2 |
| A Friend In Need | 9/23/1988 | PA 416-974 | 3 | 4 |
| A Friend In Need | 9/23/1988 | PA 416-977 | 17 | 18 |
| A Friend In Need | 9/23/1988 | PA 416-978 | 19 | 20 |
| A Friend In Need | 9/23/1988 | PA 416-985 | 13 | 14 |
| A Friend In Need | 9/23/1988 | PA 416-986 | 15 | 16 |
| A Good Match From Heaven | 12/21/1995 | PA 782-466 | 16 | 18 |
| A Good Match From Heaven | 12/21/1995 | PA 782-467 | 13 | 15 |
| A Good Match From Heaven | 12/21/1995 | PA 782-469 | 19 | 20 |
| A Good Match From Heaven | 12/21/1995 | PA 782-470 | 10 | 12 |
| A Good Match From Heaven | 12/21/1995 | PA 782-471 | 7 | 9 |
| A Good Match From Heaven | 12/21/1995 | PA 782-473 | 4 | 6 |
| A Good Match From Heaven | 12/21/1995 | PA 782-474 | 1 | 3 |
| A Handful of Love | 9/28/2004 | PA 1-242-733 | | |
| A Journey Called Life | 6/5/2008 | PA0001622025 | 1 | 20 |
| A Kindred Spirit | 4/15/1996 | PA 789-348 | 1 | 6 |
| A Kindred Spirit | 4/15/1996 | PA 789-468 | 7 | 12 |
| A Kindred Spirit | 4/15/1996 | PA 789-469 | 19 | 24 |
| A Kindred Spirit | 4/15/1996 | PA 789-470 | 25 | 30 |
| A Kindred Spirit | 4/15/1996 | PA789-467 | 13 | 18 |
| A Kindred Spirit | 4/15/1996 | PA789-471 | 31 | 36 |
| A Kindred Spirit | 4/15/1996 | PA789-472 | 37 | 42 |
| A Kindred Spirit | 4/15/1996 | PA789-473 | 43 | 48 |
| A Kindred Spirit | 4/15/1996 | PA789-475 | 49 | 54 |
| A Kindred Spirit | 5/10/1996 | PA 793-099 | 55 | 60 |
| A Kindred Spirit | 5/10/1996 | PA789-812 | 79 | 84 |
| A Kindred Spirit | 5/10/1996 | PA789-813 | 85 | 90 |
| A Kindred Spirit | 5/10/1996 | PA793-096 | 61 | 66 |
| A Kindred Spirit | 5/10/1996 | PA793-100 | 67 | 72 |
| A Kindred Spirit | 5/10/1996 | PA793-106 | 73 | 78 |

| | | | | |
|---|---|---|---|---|
| A Kindred Spirit | 5/28/1996 | PA 793-012 | 169 | 174 |
| A Kindred Spirit | 5/28/1996 | PA 793-013 | 175 | 180 |
| A Kindred Spirit | 5/28/1996 | PA 793-014 | 127 | 132 |
| A Kindred Spirit | 5/28/1996 | PA 793-015 | 163 | 168 |
| A Kindred Spirit | 5/28/1996 | PA 793-017 | 133 | 138 |
| A Kindred Spirit | 5/28/1996 | PA 793-020 | 181 | 186 |
| A Kindred Spirit | 5/28/1996 | PA 793-025 | 151 | 156 |
| A Kindred Spirit | 5/28/1996 | PA 793-026 | 157 | 162 |
| A Kindred Spirit | 5/28/1996 | PA 793-027 | 187 | 192 |
| A Kindred Spirit | 5/28/1996 | PA793-011 | 91 | 96 |
| A Kindred Spirit | 5/28/1996 | PA793-016 | 115 | 120 |
| A Kindred Spirit | 5/28/1996 | PA793-018 | 109 | 114 |
| A Kindred Spirit | 5/28/1996 | PA793-019 | 97 | 102 |
| A Kindred Spirit | 5/28/1996 | PA793-021 | 121 | 126 |
| A Kindred Spirit | 5/28/1996 | PA793-022 | 145 | 150 |
| A Kindred Spirit | 5/28/1996 | PA793-023 | 139 | 144 |
| A Kindred Spirit | 5/28/1996 | PA793-024 | 103 | 108 |
| A Kindred Spirit | 9/4/1996 | PA 810-314 | 193 | 198 |
| A Kindred Spirit | 9/4/1996 | PA 810-320 | 247 | 252 |
| A Kindred Spirit | 9/4/1996 | PA 810-321 | 199 | 204 |
| A Kindred Spirit | 9/4/1996 | PA 810-322 | 241 | 246 |
| A Kindred Spirit | 9/4/1996 | PA 810-323 | 229 | 234 |
| A Kindred Spirit | 9/4/1996 | PA 810-324 | 217 | 222 |
| A Kindred Spirit | 9/4/1996 | PA 810-325 | 211 | 216 |
| A Kindred Spirit | 9/4/1996 | PA 810-326 | 205 | 210 |
| A Kindred Spirit | 9/4/1996 | PA 810-328 | 223 | 228 |
| A Kindred Spirit | 11/20/1996 | PA 820-002 | 271 | 276 |
| A Kindred Spirit | 11/20/1996 | PA 820-003 | 265 | 270 |
| A Kindred Spirit | 11/20/1996 | PA 820-004 | 259 | 264 |
| A Kindred Spirit | 11/20/1996 | PA 820-005 | 253 | 258 |
| A Kindred Spirit | 3/7/1997 | PA 829-865 | 335 | 338 |
| A Kindred Spirit | 3/7/1997 | PA 829-866 | 339 | 342 |
| A Kindred Spirit | 3/7/1997 | PA 829-867 | 331 | 334 |
| A Kindred Spirit | 3/7/1997 | PA 829-868 | 327 | 330 |
| A Kindred Spirit | 3/7/1997 | PA 829-869 | 323 | 326 |
| A Kindred Spirit | 3/7/1997 | PA 829-872 | 311 | 314 |
| A Kindred Spirit | 3/7/1997 | PA 829-873 | 315 | 318 |
| A Kindred Spirit | 3/7/1997 | PA 829-874 | 307 | 310 |
| A Kindred Spirit | 3/7/1997 | PA 829-875 | 301 | 306 |
| A Kindred Spirit | 3/7/1997 | PA 829-876 | 295 | 300 |
| A Kindred Spirit | 3/7/1997 | PA 829-877 | 289 | 294 |
| A Kindred Spirit | 3/7/1997 | PA 829-879 | 277 | 282 |
| A Kindred Spirit | 3/7/1997 | PA 829-880 | 319 | 322 |
| A Kindred Spirit | 6/10/1997 | PA 843-692 | 343 | 348 |
| A Kindred Spirit | 6/10/1997 | PA 843-695 | 355 | 360 |
| A Kindred Spirit | 6/10/1997 | PA 843-696 | 361 | 366 |
| A Kindred Spirit | 6/10/1997 | PA 843-697 | 367 | 372 |
| A Kindred Spirit | 6/10/1997 | PA 843-698 | 373 | 378 |
| A Kindred Spirit | 6/10/1997 | PA 843-699 | 391 | 396 |
| A Kindred Spirit | 6/10/1997 | PA 843-700 | 397 | 402 |
| A Kindred Spirit | 6/10/1997 | PA 843-701 | 349 | 354 |
| A Kindred Spirit | 6/10/1997 | PA 843-702 | 385 | 390 |
| A Kindred Spirit | 6/10/1997 | PA 843-703 | 379 | 384 |
| A Kindred Spirit | 9/23/1997 | PA 858-504 | 415 | 420 |
| A Kindred Spirit | 9/23/1997 | PA 858-505 | 409 | 414 |
| A Kindred Spirit | 9/23/1997 | PA 858-585 | 403 | 408 |

| | | | | |
|---|---|---|---|---|
| A Kindred Spirit | 12/30/1997 | PA 871-653 | 451 | 456 |
| A Kindred Spirit | 12/30/1997 | PA 871-654 | 457 | 462 |
| A Kindred Spirit | 12/30/1997 | PA 871-655 | 463 | 468 |
| A Kindred Spirit | 12/30/1997 | PA 871-656 | 469 | 474 |
| A Kindred Spirit | 12/30/1997 | PA 871-657 | 475 | 480 |
| A Kindred Spirit | 12/30/1997 | PA 871-658 | 427 | 432 |
| A Kindred Spirit | 12/30/1997 | PA 871-659 | 433 | 438 |
| A Kindred Spirit | 12/30/1997 | PA 871-660 | 439 | 444 |
| A Kindred Spirit | 12/30/1997 | PA 871-661 | 445 | 450 |
| A Kindred Spirit | 12/30/1997 | PA 871-664 | 421 | 426 |
| A Kindred Spirit | 4/8/1999 | PA 950-893 | 561 | 580 |
| A Kindred Spirit | 4/8/1999 | PA 950-894 | 581 | 600 |
| A Kindred Spirit | 4/8/1999 | PA 950-895 | 541 | 560 |
| A Kindred Spirit | 4/8/1999 | PA 950-896 | 501 | 520 |
| A Kindred Spirit | 4/8/1999 | PA 950-897 | 521 | 540 |
| A Kindred Spirit | 4/8/1999 | PA 950-898 | 481 | 500 |
| A Kindred Spirit | 8/28/2000 | PA1-012451 | 1101 | 1120 |
| A Kindred Spirit | 8/28/2000 | PA1-012452 | 961 | 980 |
| A Kindred Spirit | 8/28/2000 | PA1-012453 | 1081 | 1100 |
| A Kindred Spirit | 8/28/2000 | PA1-012454 | 1121 | 1128 |
| A Kindred Spirit | 8/28/2000 | PA1-012455 | 981 | 1000 |
| A Kindred Spirit | 8/28/2000 | PA1-012456 | 1001 | 1020 |
| A Kindred Spirit | 8/28/2000 | PA1-013232 | 941 | 960 |
| A Kindred Spirit | 8/28/2000 | PA1-013233 | 901 | 920 |
| A Kindred Spirit | 8/28/2000 | PA1-013234 | 921 | 940 |
| A Kindred Spirit | 8/28/2000 | PA1-013235 | 1021 | 1040 |
| A Kindred Spirit | 8/28/2000 | PA1-013236 | 1061 | 1080 |
| A Kindred Spirit | 8/28/2000 | PA1-013238 | 1041 | 1060 |
| A Kindred Spirit | 3/7/2007 | PA 829-878 | 283 | 288 |
| A Life Of His Own | 9/3/1991 | PA0000536769 | 1 | 3 |
| A Life Of His Own | 9/3/1991 | PA0000536768 | 4 | 6 |
| A Life Of His Own | 9/3/1991 | PA 536-767 | 7 | 9 |
| A Life Of His Own | 1/6/1992 | PA 553-864 | 10 | 12 |
| A Life Of His Own | 1/6/1992 | PA 553-774 | 13 | 15 |
| A Life Of His Own | 1/6/1992 | PA 553-773 | 16 | 18 |
| A Life Of His Own | 1/6/1992 | PA 553-801 | 19 | 20 |
| A Life Of His Own | 9/3/1991 | PA 536-767 | 7 | 9 |
| A Loving Spirit | 7/21/1999 | PA 947-767 | 1 | 20 |
| A Matter Of Business | 6/28/1999 | PA 947-723 | 1 | 20 |
| A Matter Of Customs | 12/11/2000 | PA1-020017 | 21 | 32 |
| A Matter Of Customs | 12/11/2000 | PA1-020021 | 1 | 20 |
| A Measure Of Love | 12/10/1998 | PA 915-972 | 1 | 20 |
| A New Life | 11/15/1991 | PA 545-329 | 4 | 6 |
| A New Life | 11/15/1991 | PA 545-331 | 10 | 12 |
| A New Life | 11/15/1991 | PA 545-336 | 7 | 9 |
| A New Life | 11/15/1991 | PA 545-339 | 22 | 25 |
| A New Life | 11/15/1991 | PA 545-340 | 13 | 15 |
| A New Life | 11/15/1991 | PA 545-341 | 16 | 18 |
| A New Life | 11/15/1991 | PA 545-342 | 19 | 21 |
| A New Life | 11/15/1991 | PA 545-356 | 1 | 3 |
| A New Life | 7/30/1992 | PA 576-022 | 10 | 12 |
| A New Life | 7/30/1992 | PA 576-919 | 13 | 15 |
| A New Life | 7/30/1992 | PA 576-950 | 7 | 9 |
| A New Life | 7/30/1992 | PA 576-951 | 1 | 3 |
| A New Life | 7/30/1992 | PA 576-952 | 4 | 6 |
| A Pillow Case Of Mystery | 3/24/2006 | PA 1-315-948 | 1 | 20 |

Page 3

| | | | | |
|---|---|---|---|---|
| A Place Of One's Own | 12/10/1998 | PA 920-329 | 1 | 20 |
| A Recipe For The Heart | 1/13/1999 | PA 922-103 | 21 | 25 |
| A Recipe For The Heart | 1/13/1999 | PA 923-726 | 1 | 20 |
| A Road And A Will | 7/21/1997 | PA 851-397 | 19 | 20 |
| A Road And A Will | 7/21/1997 | PA 851-398 | 16 | 18 |
| A Road And A Will | 7/21/1997 | PA 851-399 | 13 | 15 |
| A Road And A Will | 7/21/1997 | PA 851-400 | 10 | 12 |
| A Road And A Will | 7/21/1997 | PA 851-401 | 7 | 9 |
| A Road And A Will | 7/21/1997 | PA 851-402 | 4 | 6 |
| A Road And A Will | 7/21/1997 | PA 851-404 | 1 | 3 |
| A Secret Mission | 11/16/1992 | PA 602 753 | 1 | 20 |
| A Shot With No Choice | 9/2/1994 | PA 718-174 | 13 | 15 |
| A Shot With No Choice | 9/2/1994 | PA 718-178 | 16 | 18 |
| A Shot With No Choice | 9/2/1994 | PA 720-066 | 19 | 20 |
| A Shot With No Choice | 9/2/1994 | PA 720-068 | 4 | 6 |
| A Shot With No Choice | 9/2/1994 | PA 720-075 | 1 | 3 |
| A Shot With No Choice | 9/2/1994 | PA 720-081 | 10 | 12 |
| A Shot With No Choice | 9/2/1994 | PA 720-141 | 7 | 9 |
| A Shot With No Choice | 4/11/1995 | PA 741-814 | 1 | 1 |
| A Smiling Ghost Story | 11/19/1999 | PA 954-233 | 1 | 20 |
| A Stage Of Turbulence | 4/1/1996 | PA 788-814 | 19 | 20 |
| A Stage Of Turbulence | 4/1/1996 | PA 788-815 | 16 | 18 |
| A Stage Of Turbulence | 4/1/1996 | PA 788-816 | 13 | 15 |
| A Stage Of Turbulence | 4/1/1996 | PA 788-817 | 10 | 12 |
| A Stage Of Turbulence | 4/1/1996 | PA 788-818 | 7 | 9 |
| A Stage Of Turbulence | 4/1/1996 | PA 788-820 | 1 | 3 |
| A Stage Of Turbulence | 4/1/1996 | PA 788-821 | 4 | 6 |
| A Step Into The Past | 1/27/2002 | PA1-074512 | 21 | 40 |
| A Step Into The Past | 1/27/2002 | PA1-074513 | 1 | 20 |
| A Story Of Two Drifters | 4/11/1995 | PA 697-522 | 1 | 1 |
| A Tale Of One City | 5/21/1991 | PA0000602753 | 1 | 3 |
| A Tale Of One City | 5/21/1991 | PA0000519537 | 4 | 6 |
| A Tale Of One City | 5/21/1991 | PA0000519535 | 7 | 9 |
| A Tale Of One City | 5/21/1991 | PA0000519540 | 10 | 12 |
| A Tale Of One City | 5/21/1991 | PA0000519541 | 13 | 15 |
| A Tale Of One City | 5/21/1991 | PA0000519539 | 16 | 18 |
| A Tale Of One City | 5/21/1991 | PA0000519538 | 19 | 20 |
| A Tale Of One City | 1/31/1991 | PA 507-676 | 1 | 1 |
| A Taste Of Bachelorhood | 3/23/1987 | PA 320-530 | 1 | 2 |
| A Taste Of Love | 12/22/2000 | PA1-019373 | 21 | 25 |
| A Taste Of Love | 12/22/2000 | PA1-019403 | 1 | 20 |
| A Time Of Taste | 10/23/1990 | PA0000488203 | 1 | 4 |
| A Time Of Taste | 10/23/1990 | PA0000488202 | 5 | 8 |
| A Time Of Taste | 10/23/1990 | PA0000488599 | 9 | 12 |
| A Time Of Taste | 10/23/1990 | PA0000488598 | 13 | 16 |
| A Time Of Taste | 10/23/1990 | PA0000488256 | 17 | 20 |
| A Tough Fight | 11/14/1986 | PA 273-471 | 1 | 2 |
| A Tough Side of A Lady | 12/10/1998 | PA 915-968 | 1 | 20 |
| A Trial Of Life Time | 2/27/1986 | PA 291-854 | 0 | 0 |
| A Trial Of Life Time | 10/16/1989 | PA 431-839 | 1 | 4 |
| A Trial Of Life Time | 10/16/1989 | PA 432-028 | 17 | 20 |
| A Trial Of Life Time | 10/16/1989 | PA 432-029 | 5 | 8 |
| A Trial Of Life Time | 10/16/1989 | PA 432-035 | 13 | 16 |
| A Trial Of Life Time | 10/16/1989 | PA 432-036 | 9 | 12 |
| A Way Of Justice | 6/27/1991 | PA 526 097 | 13 | 15 |
| A Way Of Justice | 6/27/1991 | PA 526-087 | 19 | 20 |

| | | | | |
|---|---|---|---|---|
| A Way Of Justice | 6/27/1991 | PA 526-088 | 16 | 18 |
| A Way Of Justice | 6/27/1991 | PA 526-089 | 7 | 9 |
| A Way Of Justice | 6/27/1991 | PA 526-090 | 10 | 12 |
| A Way Of Justice | 6/27/1991 | PA 526-091 | 1 | 3 |
| A Way Of Justice | 6/27/1991 | PA 526-092 | 4 | 6 |
| A World Apart | 2/27/1986 | PA 291-855 | 0 | 0 |
| Academy, The | 6/30/2005 | PA 1-283-484 | 1 | 20 |
| Academy, The | 6/30/2005 | PA 1-283-485 | 21 | 32 |
| Adventures Of The Woman Reporter, The | 7/28/1983 | PA 178-747 | 1 | 2 |
| Adventures Of The Woman Reporter, The | 8/20/2002 | PA 1113384 | 1 | 15 |
| Against the Blade of Honor | 8/2/1996 | PA 804-050 | 4 | 6 |
| Against the Blade of Honor | 8/2/1996 | PA 804-051 | 7 | 9 |
| Against the Blade of Honor | 8/2/1996 | PA 804-052 | 10 | 12 |
| Against the Blade of Honor | 8/2/1996 | PA 804-053 | 13 | 15 |
| Against the Blade of Honor | 8/2/1996 | PA 804-054 | 19 | 20 |
| Against the Blade of Honor | 8/2/1996 | PA 804-055 | 16 | 18 |
| Against the Blade of Honor | 8/2/1996 | PA 804-056 | 1 | 3 |
| All About Tin | 3/16/1993 | PA 604-513 | 16 | 18 |
| All About Tin | 3/16/1993 | PA 604-514 | 13 | 15 |
| All About Tin | 3/16/1993 | PA 604-520 | 10 | 12 |
| All About Tin | 3/16/1993 | PA 604-521 | 7 | 9 |
| All About Tin | 3/16/1993 | PA 604-522 | 4 | 6 |
| All About Tin | 3/16/1993 | PA 604-526 | 1 | 3 |
| Always Ready | 2/2/2006 | PA0001313623 | 1 | 20 |
| Always Ready | 2/2/2006 | PA0001313622 | 21 | 30 |
| Ambition | 6/2/1994 | PA 712-451 | 1 | 3 |
| Ambition | 6/2/1994 | PA 712-453 | 7 | 9 |
| Ambition | 6/2/1994 | PA 712-454 | 4 | 6 |
| Ambition | 6/2/1994 | PA 712-465 | 19 | 20 |
| Ambition | 6/2/1994 | PA 712-466 | 16 | 18 |
| Ambition | 6/2/1994 | PA 712-467 | 13 | 15 |
| Ambition | 6/2/1994 | PA 712-468 | 10 | 12 |
| An Elite's Choice | 5/21/1991 | PA0000519510 | 1 | 3 |
| An Elite's Choice | 5/21/1991 | PA0000519509 | 4 | 6 |
| An Elite's Choice | 5/21/1991 | PA0000519508 | 7 | 9 |
| An Elite's Choice | 5/21/1991 | PA0000519522 | 10 | 12 |
| An Elite's Choice | 5/21/1991 | PA0000519525 | 13 | 15 |
| An Elite's Choice | 5/21/1991 | PA0000519526 | 16 | 18 |
| An Elite's Choice | 5/21/1991 | PA0000519530 | 19 | 20 |
| An Impossible Dream | 9/23/1988 | PA 416-966 | 9 | 10 |
| An Impossible Dream | 9/23/1988 | PA 416-967 | 11 | 12 |
| An Impossible Dream | 9/23/1988 | PA 416-971 | 5 | 6 |
| An Impossible Dream | 9/23/1988 | PA 416-972 | 7 | 8 |
| An Impossible Dream | 9/23/1988 | PA 416-973 | 1 | 2 |
| An Impossible Dream | 9/23/1988 | PA 416-974 | 3 | 4 |
| An Impossible Dream | 9/23/1988 | PA 416-977 | 17 | 18 |
| An Impossible Dream | 9/23/1988 | PA 416-978 | 19 | 20 |
| An Impossible Dream | 9/23/1988 | PA 416-985 | 13 | 14 |
| An Impossible Dream | 9/23/1988 | PA 416-986 | 15 | 16 |
| An Impossible Dream | 6/13/1990 | PA 476-239 | 13 | 16 |
| An Impossible Dream | 6/13/1990 | PA 476-240 | 21 | 24 |
| An Impossible Dream | 6/13/1990 | PA 476-241 | 9 | 12 |
| An Impossible Dream | 6/13/1990 | PA 476-242 | 17 | 20 |
| An Impossible Dream | 6/13/1990 | PA 476-243 | 5 | 8 |
| An Impossible Dream | 6/13/1990 | PA 476-244 | 1 | 4 |
| Ancient Heroes | 4/15/1996 | PA 789-343 | 1 | 3 |

| | | | | |
|---|---|---|---|---|
| Ancient Heroes | 4/15/1996 | PA 789-344 | 13 | 15 |
| Ancient Heroes | 4/15/1996 | PA 789-346 | 4 | 6 |
| Ancient Heroes | 4/15/1996 | PA 789-347 | 7 | 9 |
| Ancient Heroes | 4/15/1996 | PA 789-465 | 10 | 12 |
| Ancient Heroes | 4/15/1996 | PA 789-466 | 16 | 18 |
| Ancient Heroes | 4/15/1996 | PA 789-474 | 19 | 20 |
| And Yet We Live | 1/18/1989 | PA 406-958 | 33 | 36 |
| And Yet We Live | 1/18/1989 | PA 406-959 | 29 | 32 |
| And Yet We Live | 1/18/1989 | PA 407-200 | 57 | 60 |
| And Yet We Live | 1/18/1989 | PA 407-201 | 25 | 28 |
| And Yet We Live | 1/18/1989 | PA 407-207 | 9 | 12 |
| And Yet We Live | 1/18/1989 | PA 407-208 | 21 | 24 |
| And Yet We Live | 1/18/1989 | PA 407-232 | 37 | 40 |
| And Yet We Live | 1/18/1989 | PA 407-233 | 13 | 16 |
| And Yet We Live | 1/18/1989 | PA 407-236 | 1 | 4 |
| And Yet We Live | 1/18/1989 | PA 407-239 | 53 | 56 |
| And Yet We Live | 1/18/1989 | PA 407-241 | 49 | 52 |
| And Yet We Live | 1/18/1989 | PA 407-242 | 45 | 48 |
| And Yet We Live | 1/18/1989 | PA 407-243 | 5 | 8 |
| And Yet We Live | 1/18/1989 | PA 407-257 | 17 | 20 |
| And Yet We Live | 1/18/1989 | PA 407-317 | 41 | 44 |
| Angels And Devils | 8/1/2002 | PA1-103300 | 1 | 20 |
| Angel's Call | 12/23/1992 | PA 594 580 | 10 | 12 |
| Angel's Call | 12/23/1992 | PA 594-465 | 19 | 20 |
| Angel's Call | 12/23/1992 | PA 594-579 | 7 | 9 |
| Angel's Call | 12/23/1992 | PA 594-584 | 1 | 3 |
| Angel's Call | 12/23/1992 | PA 594-588 | 13 | 15 |
| Angel's Call | 12/23/1992 | PA 594-589 | 16 | 18 |
| Angel's Call | 12/23/1992 | PA 594-591 | 4 | 6 |
| Angels of Mission | 5/7/2004 | PA1-246548 | 1 | 20 |
| Animal hunt | 12/16/1998 | PA 922-509 | 1 | 20 |
| Anti - Crime Squad | 11/19/1999 | PA 354-229 | 1 | 22 |
| Aqua Heroes | 11/26/2003 | PA 1-206-300 | 1 | 20 |
| Aqua Heroes | 11/26/2003 | PA1-206300 | 1 | 20 |
| Armed Reaction | 12/16/1998 | PA 922-417 | 1 | 20 |
| Armed Reaction II | 6/1/2000 | PA 989-504 | 21 | 32 |
| Armed Reaction II | 6/1/2000 | PA 989-506 | 1 | 20 |
| Armed Reaction III | 10/26/2001 | PA1-063265 | 21 | 32 |
| Armed Reaction III | 10/26/2001 | PA1-066-133 | 1 | 20 |
| Armed Reaction IV | 12/24/2003 | PA 1-206-322 | 1 | 20 |
| Armed Reaction IV | 12/24/2003 | PA 1-206-323 | 21 | 40 |
| Art Of Being Together | 10/20/1993 | PA 673-229 | 1 | 1 |
| Art Of Being Together | 6/2/1994 | PA 691-500 | 4 | 6 |
| Art Of Being Together | 6/2/1994 | PA 691-504 | 13 | 15 |
| Art Of Being Together | 6/2/1994 | PA 691-507 | 10 | 12 |
| Art Of Being Together | 6/2/1994 | PA 691-508 | 7 | 9 |
| Art Of Being Together | 6/2/1994 | PA 691-509 | 1 | 3 |
| Art Of Being Together | 6/2/1994 | PA 691-762 | 16 | 18 |
| Art Of Being Together | 6/2/1994 | PA 691-763 | 19 | 20 |
| As Sure As Fate | 12/16/1998 | PA 922-419 | 1 | 20 |
| At Home With Love | 1/22/2007 | PA 1-366-439 | 1 | 20 |
| At Point Blank | 10/26/2001 | PA1-066132 | 1 | 20 |
| At The Threshold Of An Era | 6/1/2000 | PA 989-495 | 1 | 20 |
| At The Threshold Of An Era | 6/1/2000 | PA 989-496 | 41 | 50 |
| At The Threshold Of An Era | 6/1/2000 | PA 989-505 | 21 | 40 |
| At The Threshold Of An Era II | 8/28/2000 | PA1-012-296 | 1 | 20 |

| Title | Date | Number | | |
|---|---|---|---|---|
| At The Threshold Of An Era II | 8/28/2000 | PA1-012-315 | 21 | 40 |
| At The Threshold Of An Era II | 8/28/2000 | PA1-012-383 | 41 | 56 |
| Au Revoir Shanghai | 12/11/2006 | PA 1-366-445 | 1 | 20 |
| Awakening Story, The | 12/13/2001 | PA1-072195 | 1 | 20 |
| Awakening Story, The | 12/13/2001 | PA1-072196 | 21 | 25 |
| Awakening, The | 5/9/1985 | PA 260-393 | 1 | 2 |
| Awakening, The | 10/23/1990 | PA 488-256 | 17 | 20 |
| Back To Square One | 7/7/2003 | PA1191641 | 1 | 20 |
| Back To The Beyond | 11/14/1986 | PA 273-471 | 1 | 2 |
| Back To The Beyond | 2/23/1990 | PA 457-513 | 1 | 1 |
| Bar Bender | 6/14/2006 | PA 1-335-389 | 1 | 20 |
| Battle Against Evil | 1/16/2003 | PA1-124845 | 1 | 20 |
| Battle Among The Clans | 12/11/1985 | PA 268-175 | 1 | 2 |
| Battle Among The Clans | 10/16/1989 | PA 431-839 | 1 | 4 |
| Battle Among The Clans | 10/16/1989 | PA 432-028 | 17 | 20 |
| Battle Among The Clans | 10/16/1989 | PA 432-029 | 5 | 8 |
| Battle Among The Clans | 10/16/1989 | PA 432-035 | 13 | 16 |
| Battle Among The Clans | 10/16/1989 | PA 432-036 | 9 | 12 |
| Battle Of The Heart | 3/28/1990 | PA 462-596 | 5 | 8 |
| Battle Of The Heart | 3/28/1990 | PA 462-597 | 1 | 4 |
| Battle Of The Heart | 3/28/1990 | PA 462-598 | 21 | 24 |
| Battle Of The Heart | 3/28/1990 | PA 462-600 | 13 | 16 |
| Battle Of The Heart | 3/28/1990 | PA 462-601 | 9 | 12 |
| Battle Of The Heart | 3/28/1990 | PA 462-602 | 17 | 20 |
| Battle Of The Heart | 3/28/1990 | PA 462-603 | 29 | 30 |
| Battle Of The Heart | 3/28/1990 | PA 462-604 | 25 | 28 |
| Battlefield, The | 11/14/1986 | PA 273-472 | 1 | 2 |
| Be My Guest | 6/27/1991 | PA 526-099 | 129 | 134 |
| Be My Guest | 6/27/1991 | PA 526-100 | 135 | 140 |
| Be My Guest | 6/27/1991 | PA 526-101 | 117 | 122 |
| Be My Guest | 6/27/1991 | PA 526-104 | 105 | 110 |
| Be My Guest | 6/27/1991 | PA 526-105 | 111 | 116 |
| Be My Guest | 6/27/1991 | PA 526-113 | 123 | 128 |
| Be My Guest | 7/30/1991 | PA 530-072 | 141 | 146 |
| Be My Guest | 9/20/1991 | PA 537-561 | 147 | 152 |
| Be My Guest | 11/15/1991 | PA 545-330 | 19 | 24 |
| Be My Guest | 11/15/1991 | PA 545-332 | 31 | 36 |
| Be My Guest | 11/15/1991 | PA 545-333 | 25 | 30 |
| Be My Guest | 11/15/1991 | PA 545-334 | 13 | 18 |
| Be My Guest | 11/15/1991 | PA 545-335 | 7 | 12 |
| Be My Guest | 7/30/1992 | PA 577-258 | 61 | 66 |
| Be My Guest | 7/30/1992 | PA 577-259 | 67 | 72 |
| Be My Guest | 7/30/1992 | PA 577-260 | 109 | 114 |
| Be My Guest | 7/30/1992 | PA 577-261 | 73 | 78 |
| Be My Guest | 7/30/1992 | PA 577-262 | 85 | 90 |
| Be My Guest | 7/30/1992 | PA 577-263 | 79 | 84 |
| Be My Guest | 7/30/1992 | PA 577-264 | 55 | 60 |
| Be My Guest | 7/30/1992 | PA 577-265 | 127 | 132 |
| Be My Guest | 7/30/1992 | PA 577-266 | 43 | 48 |
| Be My Guest | 7/30/1992 | PA 577-267 | 37 | 42 |
| Be My Guest | 7/30/1992 | PA 577-268 | 49 | 54 |
| Be My Guest | 7/30/1992 | PA 577-269 | 121 | 126 |
| Be My Guest | 7/30/1992 | PA 577-270 | 91 | 96 |
| Be My Guest | 7/30/1992 | PA 577-271 | 115 | 120 |
| Be My Guest | 7/30/1992 | PA 577-272 | 97 | 100 |
| Be My Guest | 7/30/1992 | PA 577-273 | 103 | 108 |

| | | | | |
|---|---|---|---|---|
| Beastly Beings | 1/13/1988 | PA 365-184 | 9 | 10 |
| Beastly Beings | 1/13/1988 | PA 365-185 | 3 | 4 |
| Beastly Beings | 1/13/1988 | PA 365-186 | 1 | 2 |
| Beastly Beings | 1/13/1988 | PA 365-189 | 5 | 6 |
| Beastly Beings | 1/13/1988 | PA 365-190 | 7 | 8 |
| Beautiful Cooking | 3/7/2007 | PA 1-354-368 | 1 | 18 |
| Before Dawn | 5/10/1996 | PA 789-822 | 1 | 3 |
| Before Dawn | 5/10/1996 | PA 789-823 | 7 | 9 |
| Before Dawn | 5/10/1996 | PA 789-824 | 4 | 6 |
| Before Dawn | 5/10/1996 | PA 797-051 | 10 | 12 |
| Before Dawn | 5/10/1996 | PA 797-052 | 13 | 15 |
| Before Dawn | 5/10/1996 | PA 797-053 | 16 | 18 |
| Before Dawn | 5/10/1996 | PA 797-056 | 19 | 20 |
| Behind Bars | 10/12/1983 | PA 186-450 | 1 | 2 |
| Behind Bars | 1/31/1991 | PA 507-668 | 1 | 1 |
| Behind Silk Curtains | 6/30/1988 | PA 416-961 | 5 | 5 |
| Behind Silk Curtains | 6/30/1988 | PA 416-975 | 1 | 2 |
| Behind Silk Curtains | 6/30/1988 | PA 416-976 | 3 | 4 |
| Behind Silk Curtains | 8/20/2002 | PA 1113384 | 1 | 15 |
| Behind The Beauty | 12/30/1997 | PA 871-663 | 1 | 1 |
| Behind The Fist | 12/29/1993 | PA 678-826 | 1 | 1 |
| Behind The Mask | 8/20/1993 | PA 645-951 | 1 | 1 |
| Being Honest | 8/20/1993 | PA0000645967 | 16 | 18 |
| Being Honest | 7/14/1993 | PA 639-886 | 1 | 3 |
| Being Honest | 8/20/1993 | PA 645-957 | 13 | 15 |
| Being Honest | 8/20/1993 | PA 645-958 | 10 | 12 |
| Being Honest | 8/20/1993 | PA 645-960 | 4 | 6 |
| Being Honest | 8/20/1993 | PA 645-961 | 7 | 9 |
| Being Honest | 8/20/1993 | PA 645-964 | 19 | 20 |
| Being Rich | 6/13/1990 | PA 476-217 | 1 | 4 |
| Being Rich | 6/13/1990 | PA 476-218 | 5 | 8 |
| Being Rich | 6/13/1990 | PA 476-220 | 9 | 12 |
| Being Twins | 12/14/1992 | PA 593-118 | 4 | 6 |
| Being Twins | 12/14/1992 | PA 593-119 | 1 | 3 |
| Being Twins | 12/14/1992 | PA 593-140 | 7 | 9 |
| Being Twins | 12/22/1992 | PA 594-688 | 19 | 20 |
| Being Twins | 12/22/1992 | PA 594-689 | 16 | 18 |
| Being Twins | 12/22/1992 | PA 594-690 | 13 | 15 |
| Being Twins | 12/22/1992 | PA 594-691 | 10 | 12 |
| Beside The Seaside Beside The Sea | 5/9/1985 | PA 260-386 | 1 | 2 |
| Beside The Seaside Beside The Sea | 2/27/1991 | PA 512-309 | 10 | 12 |
| Beside The Seaside Beside The Sea | 2/27/1991 | PA 512-311 | 7 | 9 |
| Beside The Seaside Beside The Sea | 2/27/1991 | PA 512-312 | 4 | 6 |
| Beside The Seaside Beside The Sea | 2/27/1991 | PA 512-313 | 1 | 3 |
| Beside The Seaside Beside The Sea | 2/28/1991 | PA 512-306 | 19 | 20 |
| Beside The Seaside Beside The Sea | 2/28/1991 | PA 512-307 | 16 | 18 |
| Beside The Seaside Beside The Sea | 2/28/1991 | PA 512-308 | 13 | 15 |
| Best Bet | 5/14/2007 | PA 1-383-517 | 1 | 20 |
| Bet On Best Bet | 7/30/1992 | PA 576-953 | 19 | 20 |
| Bet On Best Bet | 7/30/1992 | PA 576-954 | 16 | 18 |
| Bet On Best Bet | 7/30/1992 | PA 576-956 | 7 | 9 |
| Bet On Fate | 12/23/1992 | PA 594-467 | 1 | 3 |
| Bet On Fate | 12/23/1992 | PA 594-468 | 4 | 6 |
| Bet On Fate | 12/23/1992 | PA 594-469 | 19 | 20 |
| Bet On Fate | 12/23/1992 | PA 594-470 | 7 | 9 |
| Bet On Fate | 12/23/1992 | PA 594-471 | 10 | 12 |